UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Southern | Case Number | |
|---|---|---|---|
| | DANYAL SHAIKH | | United States Courts<br>Southern District of Texas<br>FILED |
| | *versus* | | MAR 0 7 2016 |
| | TEXAS A & M UNIVERSITY And<br>MICHAEL K. YOUNG | | David J. Bradley, Clerk of Court |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mr. Donald G. Henslee, Esq.<br>Law Offices of Donald G. Henslee<br>901 Mopac Exressway South Suite 300<br>Austin, Texas 78746<br>(512) 320-9177 dhenslee@school-law.co [Email]<br>State Bar Number 09488500 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes ✔  No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4 Mar 2016 | Signed: *Donald H. Henslee* |
|---|---|

| The state bar reports that the applicant's status is: *Active* |
|---|
| Dated: 3/7/16 | Clerk's signature *Hyrnva* |

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                 United States District Judge