IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHISN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-00591 |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| COLLEGE OF MEDICINE and | § | |
| MICHAEL K. YOUNG. | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS TEXAS A&M UNIVERSITY COLLEGE OF MEDICINE AND MICHAEL K. YOUNG'S MOTION TO DISMISS**

Having read and considered Defendant Texas A&M University College of Medicine and Michael K. Young's Motion to Dismiss, the Court finds the Motion is well taken and it is hereby ORDERED by the Court that Defendants' Motion is in all respects GRANTED, and this action is hereby DISIMSSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE
LYNN N. HUGHES