UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 12, 2016
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Southern | Case Number | H-16-591 |
|---|---|---|---|

DANYAL SHAIKH

*versus*

TEXAS A & M UNIVERSITY And
MICHAEL K. YOUNG

United States Courts
Southern District of Texas
FILED
MAR 0 7 2016
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mr. Donald G. Henslee, Esq.<br>Law Offices of Donald G. Henslee<br>901 Mopac Exressway South Suite 300<br>Austin, Texas 78746<br>(512) 320-9177 dhenslee@school-law.co [Email]<br>State Bar Number 09488500 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes ✔  No ____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 4 Mar 2016    Signed: *Donald H. Henslee*

The state bar reports that the applicant's status is: *Active*

Dated: 3/7/16    Clerk's signature: *Hymna*

### Order

Dated: April 12, 2016

This lawyer is not admitted *pro hac vice*. You must apply.

United States District Judge