UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 16CV 591 |
|---|---|---|---|

| DANYAL SHAIKH |
|---|
| *versus* |
| TEXAS A&M UNIVERSITY AND MICHAEL K. YOUNG |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | CHIGOZIE F. ODEDIRAN<br>LAW OFFICES OF DONALD G. HENSLEE<br>901 Mopac Expy South, Barton Oaks Plaza One, Ste 300.<br>Austin TX 78746<br>512-320-9177. E-mail: codediran@school-law.co<br>U.S District Court Western District of Texas Number: 4857991. State Bar of Texas:24098196 |
|---|---|

| Name of party applicant seeks to appear for: | DANYAL SHAIKH |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/13/2016 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 4/14/16     Clerk's signature |

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                                    United States District Judge