IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANYAL SHAIKH §<br>　*Plaintiff*, §<br>§<br>v. §<br>§<br>TEXAS A & M UNIVERSITY, §<br>COLLEGE OF MEDICINE §<br>AND MICHAEL K. YOUNG §<br>§<br>　*Defendants* § | Civil Action No.4:16-CV-00591 |

## PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

In response to Docket Entry Number 5 filed 03/29/2016.

Pursuant to Rules 6(b) and 12(a), Fed. R. Civ. P., Plaintiff respectfully moves to extend time to file a response to Defendants' Motion to Dismiss Plaintiff's complaint until the 6th day of May 2016. Plaintiff requests this extension because Plaintiff's attorney has been inextricably tied up with urgent matters and seeks this extension of time in order to prepare a proper response.

Dated this 15th Day of April, 2016

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　**Donald G. Henslee**
　　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　Law Offices of Donald G. Henslee
　　　　　　　　　　　　　　　　　　　　901 Mopac Expressway South
　　　　　　　　　　　　　　　　　　　　Barton Oaks Plaza One | Suite 300
　　　　　　　　　　　　　　　　　　　　Austin, Texas | 78746
　　　　　　　　　　　　　　　　　　　　State Bar Number 09488500
　　　　　　　　　　　　　　　　　　　　(512) 320-9177 [Telephone]
　　　　　　　　　　　　　　　　　　　　(512) 597-1455 [Facsimile]
　　　　　　　　　　　　　　　　　　　　dhenslee@school-law.co  [Email]

/s/Chigozie Odediran
Chigozie Odediran
Law Offices of Donald G Henslee
State Bar No:24098196
901 Mopac Expressway South
Barton Oaks Plaza One | Suite 300
Austin, Texas | 78746
(512) 320-9177 [Telephone]
(512) 597-1455 [Facsimile]
codediran@school-law.co [Email]

**ATTORNEYS FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANYAL SHAIKH § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No.4:16-CV-00591 |
| § | |
| TEXAS A & M UNIVERSITY, § | |
| COLLEGE OF MEDICINE § | |
| AND MICHAEL K. YOUNG § | |
| § | |
| *Defendants* § | |

**PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT (First Request)**

Upon motion of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff may have until the 6th Day of May 2016, to file a response to the Defendants' Motion to dismiss Plaintiff's Complaint.

DATED this ____ day of _____, 20____.

_____
HON. LYNN N. HUGHES
United States District Judge

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 12th, 2016, she conferred via telephone and electronic mail with Mr. Eric A. Hudson, counsel for Defendants, regarding the foregoing Motion to Extend Time to Respond to Defendants' Motion to Dismiss and that Mr. Hudson indicated the Defendants are not opposed to the motion.

By: /s/ Chigozie F. Odediran
Chigozie F. Odediran

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served through the Court's EM/ECF system on April 15, 2016, as follows

Eric A. Hudson
Texas Attorney General
300 W. 15th St.
Austin, TX 78711
Fax: 512-320-0667
Email: eric.hudson@texasattorneygeneral.gov


                               /S/ Chigozie F. Odediran
                               Chigozie F. Odediran
                               Attorney for Plaintiff