UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 15, 2016
David J. Bradley, Clerk

| | |
|---|---|
| Danyal Shaikh, | § |
|        Plaintiff, | § |
| versus | §  Civil Action H-16-591 |
| Texas A&M University, et al., | § |
|        Defendants. | § |

# Order

1. Chigozie Odediran is admitted *pro hac vice*.

2. Donald G. Henslee is withdrawn from this case due to oppressive circumstances.

3. Shaikh may respond to the motion to dismiss by April 29, 2016. (8)

Signed on April 15, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge