# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED
APR 28 2016

David J. Bradley, Clerk of Court

www.txs.uscourts.gov

Donald G Henlsee
Law Office of Donald G Henslee
901 Mopac Expressway Sout
Austin TX 78746

---

Case: 4:16-cv-00591   Instrument: 9   (1 pages)   aty
Date: Apr 15, 2016
Control: 16046917
Notice: The attached order has been entered.

---

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas

**FILED**

APR 28 2016

David J. Bradley, Clerk of Court

N HOUSTON TX 772
15 APR 2016 PM 2 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46⁵
02 1W
0001374615 APR 15 2016

NIXIE       787    SE 1         0004/22/16
            RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 77208101010                *2633-02339-15-38

77208@1010
7874657699