**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED

APR 28 2016

www.txs.uscourts.gov

David J. Bradley, Clerk of Court

Donald G Henlsee
Law Office of Donald G Henslee
901 Mopac Expressway Sout
Austin TX 78746

---

Case: 4:16-cv-00591   Instrument: 6   (1 pages)   aty
Date: Apr 12, 2016
Control: 16044919
Notice: The attached order has been entered.

---

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
**FILED**
APR 28 2016
David J. Bradley, Clerk of Court

77208@1010

NIXIE    787    DE 1    0004/22/16
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 77208101010    *8893-00017-22-12



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46⁵
02 1W
0001374615 APR 13 2016