IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH,<br>　*Plaintiff,*<br><br>v.<br><br>TEXAS A&M UNIVERSITY<br>COLLEGE OF MEDICINE and<br>MICHAEL K. YOUNG.<br>　*Defendants.* | §§§§§§§§§§ | Civil Action No. 4:16-CV-00591 |

## NOTICE OF APPEARANCE

**NOW COMES** Martin J. Cirkiel of the Law Offices of Cirkiel & Associates, P.C. and hereby files this notice of appearance on behalf of Plaintiff Danyal Shaikh in the above-referenced and styled case.

Respectfully submitted,

Cirkiel & Associates, P.C.

　/s/ Martin J. Cirkiel
Mr. Martin J. Cirkiel, Esq.
State Bar No. 00783829
Fed. ID# 21488
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com   [Email]

**Donald G. Henslee**
State Bar Number 09488500
Law Offices of Donald G. Henslee
901 Mopac Expressway South
Barton Oaks Plaza One | Suite 300
Austin, Texas | 78746
(512) 320-9177 [Telephone]
(512) 597-1455 [Facsimile]
dhenslee@school-law.co [Email]

        Chigozie Odediran
        Law Offices of Donald G Henslee
        State Bar No:24098196
        codediran@school-law.co [Email]

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this 28th day of April, 2016 by Notice of Electronic Filing from the Clerk of the Court.

ERIC A. HUDSON
Assistant Attorneys General
Attorney-in-Charge
Texas Bar No. 24059977
Southern District ID No. 1000759
Office of the Attorney General - 019
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-4058
(512) 320-0667 FAX
eric.hudson@texasattorneygeneral.gov

Attorneys for Defendants


        */s/ Martin J. Cirkiel*
        Martin J. Cirkiel