| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

Danyal Shaikh, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-591
§
Texas A&M University §
College of Medicine, et al., §
§
    Defendants. §

## Order Grating Extension to Reply

By May 6, 2016, Danyah Shaikh may reply. (13)

Signed on April 28, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge