

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

ERIC A. HUDSON
Assistant Attorney General
General Litigation Division

PHONE:  (512) 463-2120
FAX:      (512) 320-0667

April 29, 2016

Honorable Lynn Hughes
USDC-Southern District-Houston Division
515 Rusk Avenue
Houston, Texas 77208

Re:    Civil Action No. 4:16-CV-00591; *Danyal Shaikh v. Texas A&M University
       College of Medicine, et al.;* USDC; Southern District-Houston Division

Dear Judge Hughes:

Please take notice that I will be out of the office handling personal matters
from May 2, 2016 through May 6, 2016. I respectfully request that no trials, hearings,
depositions, or any other activity requiring my presence be scheduled during this time
period.

Thank you for your consideration in this matter.

Sincerely,

/s/ Eric A. Hudson
Eric A. Hudson
Assistant Attorney General
General Litigation Division
(512) 463-2120

EAH:mlh

cc:   Donald G. Henslee, via ECF
      Chigozie F. Odedirah, via ECF
      Mr. Martin J. Cirkiel, Esq., via ECF