IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | NO. 4:16-CV-00591-H |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| COLLEGE OF MEDICINE, | § | |
| MICHAEL K. YOUNG | § | |
| (in his official capacity) | § | |
| PAUL OGDEN M.D  AND | § | |
| MICHAEL L. BROWN M.D | § | |
| (Individually) | § | |
| | § | |
|    Defendants | § | |

## OPPOSED MOTION FOR LEAVE OF COURT
## TO FILE FIRST AMENDED COMPLAINT

NOW COMES DANYAL SHAIKH, Plaintiff, by and through his counsels of record, Donald G. Henslee and Chigozie F. Odediran from the Law Offices of Donald G Henslee and Martin Cirkiel of the Law Firm of Cirkiel & Associates P.C, *Plaintiffs' Motion for Leave of Court to File Plaintiffs' First Amended Complaint*, and in support thereof, respectfully shows the following:

1. Plaintiffs respectfully requests for leave of this Court to file their *First Amended Complaint pursuant* to Fed. Rules of Civil Procedure 15(a) and related case law.

2. This request is not brought for purposes of delay but rather so that justice may be better served.

          Respectfully submitted,

          /S/ MARTIN J. CIRKIEL
          **Martin J. Cirkiel**
          Cirkiel & Asosociates PC
          1901 E. Palm Valley Blvd
          Round Rock, Texas 78664
          State Bar Number: 00783829

SD. Fed I.D Number  21488
marty@cirkiellaw.com (Email)


/S/ DONALD G. HENLSEE
**Donald G. Henslee**
Attorney at Law
Law Offices of Donald G. Henslee
901 Mopac Expressway South
Barton Oaks Plaza One Suite 300
Austin, Texas 78746
State Bar Number 09488500
(512) 320-9177 [Telephone]
(512) 597-1455 [Facsimile]
dhenslee@school-law.co [Email]


/s/ CHIGOZIE F. ODEDIRAN
**Chigozie F. Odediran(Ms.)**
Attorney at Law
Law Offices of Donald G. Henslee
901 Mopac Expressway South
Barton Oaks Plaza One Suite 300
Austin, Texas 78746
State Bar Number 24098196
(512) 320-9177 [Telephone]
(512) 597-1455 [Facsimile]
codediran@school-law.co [Email]

**ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF CONFERENCE**

This is to certify that on the 28th day of April, 2016, I spoke with Counsel for Defendants, the Honorable Eric Alan Hudson, Defendants are OPPOSED to this Motion.


/s/ Martin J. Cirkiel
Martin J. Cirkiel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this the 6th day of May, 2016, in accordance with theFederal Rules of Civil Procedure and the Court's electronic filing system.

**Eric Alan Hudson**
Texas Attorney General
300 W. 15th St.
Austin, TX 78711
512-463-2120
Fax: 512-320-0667
Email: Eric.hudson@texasattorneygeneral.gov
*LEAD ATTORNEY*