IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH § | | |
|  Plaintiff § | | |
| § | | |
| v. § | NO. 4:16-CV-00591-H | |
| § | | |
| TEXAS A&M UNIVERSITY § | | |
| COLLEGE OF MEDICINE, § | | |
| MICHAEL K. YOUNG § | | |
| (in his official capacity) § | | |
| PAUL OGDEN M.D  AND § | | |
| MICHAEL L. BROWN M.D § | | |
| (Individually) § | | |
| § | | |
|  Defendants § | | |

## ORDER FIRST AMENDED COMPLAINT

On this day came on for consideration Plaintiff's First Motion to allow filing of his First Amended Complaint. Upon due consideration, the motion is Granted and Plaintiff is allowed file his First Amended Complaint, within thirty days of this date.

Signed this the ___ day of _____, 2016.

_____
JUDGE LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE