IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHISN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-00591 |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| COLLEGE OF MEDICINE and | § | |
| MICHAEL K. YOUNG. | § | |
| *Defendants.* | § | |

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY**

Having read and considered the Joint Motion to Stay Discovery in this case,

the Court finds the Motion is well taken and it is hereby ORDERED by the Court

that the Joint Motion to Stay Discovery is in all respects GRANTED.

_____
UNITED STATES DISTRICT JUDGE
LYNN N. HUGHES