IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DANYAL SHAIKH** § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No.4:16-CV-00591 |
| § | |
| **TEXAS A & M UNIVERSITY,** § | |
| **COLLEGE OF MEDICINE** § | |
| et al. § | |
| § | |
| *Defendants* § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF THE SAID COURT:

In response to Docket Entry Number 4 filed on March 8th, 2016 and Pursuant to Fed. R. Civ. P., Plaintiff respectfully moves to continue the initial pre-hearing conference until June 23rd 2016.

Plaintiff requests this extension because Plaintiff's attorney is inextricable tied up with urgent matters and seeks this extension of time in order to ensure his availability.

Dated this 1st Day of June, 2016.

      /s/ Martin J. Cirkiel
      Martin J. Cirkiel
      Cirkiel & Associates PC
      1901 E. Palm Valley Blvd
      Round Rock, Texas 78664
      State Bar Number: 00783829
      SD. Fed I.D Number  21488
      marty@cirkiellaw.com (Email)
      Attorney of record for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANYAL SHAIKH** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.4:16-CV-00591 |
| | § | |
| **TEXAS A & M UNIVERSITY,** | § | |
| **COLLEGE OF MEDICINE** | § | |
| **et. al** | § | |
| | § | |
| *Defendants* | § | |

**PROPOSED ORDER FOR MOTION FOR CONTINUANCE**

Upon motion of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that the initial pre-hearing conference has been continued until

DATED this _____ day of _____, 20_____.

_____
HON. LYNN N. HUGHES
United States District Judge

*MOTION FOR CONTINUANCE 01/06/2016*
*SHAIKH V TEXAS A&M ET.AL*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on May 31st 2016, she conferred via electronic mail with Mr. Eric A. Hudson, counsel for Defendants, regarding the foregoing Motion for Continuance and that Mr. Hudson indicated that he takes no position on the motion.

By: /s/ Chigozie F. Odediran

Chigozie Odediran
Law Offices of Donald G Henslee
State Bar No:24098196
901 Mopac Expressway South
Barton Oaks Plaza One | Suite 300
Austin, Texas | 78746
(512) 320-9177 [Telephone]
(512) 597-1455 [Facsimile]
codediran@school-law.co [Email]

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served through the Court's EM/ECF system on June 1st 2016, as follows

Eric A. Hudson
Texas Attorney General
300 W. 15th St.
Austin, TX 78711
Fax: 512-320-0667
Email: eric.hudson@texasattorneygeneral.gov


                                                    /S/ Chigozie F. Odediran
                                                    Chigozie F. Odediran