| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2016
David J. Bradley, Clerk

Danyal Shaikh, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-591
§
Texas A&M University §
College of Medicine, et al., §
§
    Defendants. §

## Order Denying Stay

The joint motion to stay discovery is denied as moot. *See* Order for Conference dated March 8, 2016. (17)

Signed on June 1, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge