| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2016
David J. Bradley, Clerk

Danyal Shaikh, §
§
    Plaintiff, §
§
versus § Civil Action H-16-591
§
Texas A&M University §
College of Medicine, et al., §
§
    Defendants. §

## Order Granting Leave

Danyal Shaikh may amend his complaint.

Signed on June 1, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge