UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Southern | Case Number | 4:16-cv-00591 |
|---|---|---|---|

DANYAL SHAIKH

*versus*

TEXAS A & M UNIVERSITY And
MICHAEL K. YOUNG

United States District Court
Southern District of Texas
**FILED**
JUN 5 2016
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mr. Donald G. Henslee, Esq.<br>Law Offices of Donald G. Henslee<br>901 Mopac Exressway South Suite 300<br>Austin, Texas 78746<br>(512) 320-9177 dhenslee@school-law.co [Email]<br>State Bar Number 09488500 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ✓   No ____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5 June 2016 | Signed: *Donald G. Henslee* |
|---|---|

| The state bar reports that the applicant's status is: active<br>Dated: 6/6/16 | Clerk's signature *Jacobs* |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                                      United States District Judge