UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2016
David J. Bradley, Clerk

Danyal Shaikh §
§
versus §  Civil Action 4: 16-591
§
Texas A&M University, §
et al. §

## Conference Memorandum

Counsel: Donald Henslee

Representing: P. Shaikh

Eric Hudson

Ds. Texas A&M, Young

Date: June 6, 2016     Reporter: K. Miller

Started: 9:10 a.m.     Ended: 9:40 a.m.

At the conference, these rulings were made:

___

☒ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2016.
☐ A hearing is set for: _____ on _____, 2016.
☐ Trial preparation to be completed by: _____, 2016.
☐ A trial is set for: _____ on _____, 2016.
     ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2016.
☒ Internal review deadline _____, 2016.

Lynn N. Hughes
United States District Judge