| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2016
David J. Bradley, Clerk

Danyal Shaikh, §
  §
  Plaintiff, §
  §
versus §  Civil Action H-16-591
  §
Texas A&M University §
College of Medicine, *et al.*, §
  §
  Defendants. §

## Order to Clarify

By June 7, 2016, Danyal Shaikh may amend his amended complaint to include Michael K. Young or the court will dismiss him.

Signed on June 6, 2016, at Houston, Texas.

───────────────────────────
Lynn N. Hughes
United States District Judge