| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2016
David J. Bradley, Clerk

Danyal Shaikh, §
§
      Plaintiff, §
§
*versus* §     Civil Action H-16-591
§
Texas A&M University §
College of Medicine, *et al.*, §
§
      Defendants. §

## Scheduling Order

1. By June 17, 2016, the defendants may respond to the amended complaint.

2. By June 24, 2016, Danyal Shaikh may reply.

Signed on June 6, 2016, at Houston, Texas.

                                                              Lynn N. Hughes
                                          United States District Judge