IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANYAL SHAIKH § | |
|     Plaintiff § | |
| § | |
| v. § | NO. 4:16-CV-00591-H |
| § | |
| TEXAS A&M UNIVERSITY § | |
| COLLEGE OF MEDICINE, § | |
| MICHAEL K. YOUNG § | |
| (in his official capacity) § | |
| PAUL OGDEN M.D AND § | |
| MICHAEL L. BROWN M.D § | |
| (Individually) § | |
| § | |
|     Defendants § | |

## OPPOSED MOTION FOR LEAVE OFCOURT TO FILE SECOND AMENDED COMPLAINT

NOW COMES DANYAL SHAIKH, Plaintiff, by and through his counsels of record, Martin Cirkiel of the Law Firm of Cirkiel & Associates P.C, and Chigozie F. Odediran from the Law Offices of Donald G Henslee, *Plaintiffs' Motion for Leave of Court to File Plaintiffs' Second Amended Complaint*, and in support thereof, respectfully shows the following:

1. Plaintiffs respectfully requests for leave of this Court to file their *Second Amended Complaint pursuant* to Fed. Rules of Civil Procedure 15(a) and related case law.

2. This request is not brought for purposes of delay but rather so that justice may be better served.

Respectfully submitted,

/S/ MARTIN J. CIRKIEL

**Martin J. Cirkiel**
Cirkiel & Asosociates PC

        1901 E. Palm Valley Blvd
        Round Rock, Texas 78664
        State Bar Number: 00783829
        SD. Fed I.D Number  21488
        marty@cirkiellaw.com
        (Email)


        /s/ CHIGOZIE F. ODEDIRAN
        **Chigozie F. Odediran(Ms.)**
        Attorney at Law
        Law Offices of Donald G. Henslee
        901 Mopac Expressway South
        Barton Oaks Plaza One Suite 300  Austin, Texas 78746
        State Bar Number 24098196
        (512) 320-9177 [Telephone]
        (512) 597-1455 [Facsimile]
        codediran@school-law.co
        [Email]

        **ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF CONFERENCE

This is to certify that on the 7th day of June, 2016, I spoke with Counsel for Defendants, the Honorable Eric Alan Hudson, Defendants are OPPOSED to this Motion.

        /s/ Martin J. Cirkiel

        MARTIN J. CIRKIEL


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this the 7th Day of June, 2016, in accordance with the Federal Rules of Civil Procedure and the Court's electronic filing system.

**Eric Alan Hudson**
Texas Attorney General
300 W. 15th St.
Austin, TX 78711
512-463-2120
Fax: 512-320-0667
Email: Eric.hudson@texasattorneygeneral.gov
LEAD ATTORNEY