

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

ERIC A. HUDSON  
Assistant Attorney General  
General Litigation Division

PHONE: (512) 463-2120  
FAX:   (512) 320-0667

June 14, 2016

Honorable Lynn Hughes  
USDC-Southern District-Houston Division  
515 Rusk Avenue  
Houston, Texas 77208

Re: Civil Action No. 4:16-CV-00591; *Danyal Shaikh v. Texas A&M University College of Medicine, et al.;* USDC; Southern District-Houston Division

Dear Judge Hughes:

Please take notice that I will be out of the office handling personal matters from June 15, 2016 through June 20th, 2016. I respectfully request that no trials, hearings, depositions, or any other activity requiring my presence be scheduled during this time period.

Thank you for your consideration in this matter.

Sincerely,

/s/ Eric A. Hudson  
Eric A. Hudson  
Assistant Attorney General  
General Litigation Division  
(512) 463-2120

EAH:mlh

cc: Donald G. Henslee, via ECF  
    Chigozie F. Odedirah, via ECF  
    Mr. Martin J. Cirkiel, Esq., via ECF