IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH,<br>　　*Plaintiff,*<br><br>v.<br><br>TEXAS A&M UNIVERSITY<br>COLLEGE OF MEDICINE and<br>MICHAEL K. YOUNG.<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:16-CV-00591 |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY TO
DEFENDANT'S RESPONSE**

**NOW COMES** Danyal Shaikh ("Plaintiff"), by and through his attorneys of record, Don Henslee, of the Law Offices of Donald G. Henslee, and Martin Cirkiel, of Cirkiel & Associates, P.C., who files this *Plaintiff's Unopposed Motion for Extension of Time to file Response to Defendant's Reply,* and in support thereof, respectfully shows the following:

1.　On the 6th day of June, 2016, the Court issued an Order allowing Defendant to file a *Response* to Plaintiff's Amended Complaint by June 17th and Plaintiff to file a *Reply* by June 24th.

2.　Plaintiff's Counsel will be traveling to New York for a long Father's Day weekend to visit his family there and would appreciate having a full seven days to respond to Defendant's brief.

3.　As such, Plaintiff requests a three-day extension of time in which to file his Brief until Monday June 27, 2016.

4.　Plaintiff's Counsel has contacted Counsel for Defendant by email and they are UNOPPOSED to this Motion.

5. This Motion for Extension of Time is not made for purposes of delay but so that justice may be done.

>Respectfully submitted,
>
>Cirkiel & Associates, P.C.
>
> /s/ Martin J. Cirkiel
>Mr. Martin J. Cirkiel, Esq.
>State Bar No. 00783829
>Fed. ID# 21488
>1901 E. Palm Valley Blvd.
>Round Rock, Texas 78664
>(512) 244-6658 [Telephone]
>(512) 244-6014 [Facsimile]
>marty@cirkielaw.com  [Email]
>
>**Donald G. Henslee**
>State Bar Number 09488500
>Law Offices of Donald G. Henslee
>901 Mopac Expressway South
>Barton Oaks Plaza One | Suite 300
>Austin, Texas | 78746
>(512) 320-9177 [Telephone]
>(512) 597-1455 [Facsimile]
>dhenslee@school-law.co [Email]
>
>Chigozie Odediran
>Law Offices of Donald G Henslee
>State Bar No:24098196
>codediran@school-law.co [Email]
>
>**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

      I hereby certify that on June 14, 2016, I conferred with the Honorable Eric Hudson, Counsel for Defendant, who is UNOPPOSED with this motion and the proposed order.

                                      /s/ Martin J. Cirkiel
                                      Martin J. Cirkiel

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this 15th day of June, 2016 by Notice of Electronic Filing from the Clerk of the Court.

ERIC A. HUDSON
Assistant Attorneys General
Attorney-in-Charge
Texas Bar No. 24059977
Southern District ID No. 1000759
Office of the Attorney General - 019
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-4058
(512) 320-0667 FAX
eric.hudson@texasattorneygeneral.gov

**Attorneys for Defendants**

                                      */s/ Martin J. Cirkiel*
                                      Martin J. Cirkiel