IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANYAL SHAIKH,**<br>    *Plaintiff,*<br><br>v.<br><br>**TEXAS A&M UNIVERSITY**<br>**COLLEGE OF MEDICINE and**<br>**MICHAEL K. YOUNG.**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:16-CV-00591 |

### ORDER TO EXTEND TIME TO FILE RESPONSE

LET IT BE KNOWN that on this _____ day of _____, 2016, this Court considered *Plaintiff's Unopposed Motion for Extension of Time to file Response to Defendant's Reply.*

Upon careful review of Plaintiff's motion, IT IS ORDERED THAT Plaintiff's *Motion* is hereby GRANTED.

Plaintiff Danyal Shaikh may file his *Response* to Defendant's *Reply* on or before June 27, 2016.

_____
PRESIDING JUDGE