UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Danyal Shaikh, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-16-591 |
| Texas A&M University College of Medicine, et al., | § § § | |
| Defendants. | § § | |

## Order Denying Extension

Danyal Shaikh's motion for an extension of time to reply is denied. (33)

Signed on June 16, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge