UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-00591-H |
| | § | |
| TEXAS A&M UNIVERSITY COLLEGE | § | |
| OF MEDICINE, MICHAEL K. YOUNG, | § | |
| PAUL OGDEN, M.D., AND MICHAEL L. | § | |
| BROWN, M.D. | § | |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT MICHAEL L. BROWN, M.D. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

### A.  STIPULATION

1.    Plaintiff is Danyal Shaikh; Defendants are Texas A&M University College of Medicine, Michael K. Yound, Paul Odgen, M.D., and Michael L. Brown, M.D.

2.    Plaintiff sued Defendant Brown for alleged medical and common law negligence.

3.    Plaintiff filed Plaintiff's First Amended Complaint on June 1, 2016, naming Michael L. Brown as a Defendant.  Defendant was served with the Summons and Complaint on June 7, 2016.

4.    Defendant Michael L. Brown, M.D. is required to file his Answer or other responsive pleadings to Plaintiff's First Amended Complaint by June 28, 2016.

5.    The parties have agreed that Defendant Michael L. Brown, M.D. may have until July 28, 2016 to file his Answer or other responsive pleadings to Plaintiff's First Amended Complaint, including Rule 12(b) motions.

### B.  CONCLUSION

6.    For these reasons, the parties ask the Court to extend the time for Defendant Michael L. Brown, M.D. to file his Answer or other responsive pleadings to Plaintiff's First Amended Complaint, including Rule 12(b) motions, until July 28, 2016.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By:     */s/ John A. Scully*_____
       **JOHN A. SCULLY**
       Attorney-in-Charge
       State Bar No. 17936500
       Southern District ID No. 16655
       john.scully@cooperscully.com
       **NISHA P. BYERS**
       State Bar No. 00791460
       nisha.byers@cooperscully.com

Founders Square, Suite 100
900 Jackson Street
Dallas, Texas 75202
Telephone:  (214) 712-9500
Facsimile:  (214) 712-9540

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that on June 23, 2016 she conferred with Mr. Martin Cirkiel, counsel for Plaintiff, regarding the foregoing Motion to Extend Time to Respond to Plaintiff's First Amended Complaint and that Mr. Cirkiel indicated the Plaintiff is not opposed to the motion.

<u>/Nisha P. Byers/</u> _____
**NISHA P. BYERS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via facsimile on this 24th day of June, 2016:

Martin J. Cirkiel
State Bar No. 00783829
LAW OFFICES OF CIRKIEL & ASSOCIATES, PC
1901 E. Palm Valley Blvd.
Round Rock, TX  78664
Phone:  512-244-6658
Fax:  512-244-6014
marty@cirkiellaw.com

Chigozie F. Odediran
Donald G. Henslee
LAW OFFICE OF DONALD G. HENSLEE
901 Mopac Expressway South, Suite 300
Austin, TX 78746
Phone: 512-320-9177
Fax: 512-597-1455
codediran@school-law.com

Eric A. Hudson
Assistant Attorneys General
Attorney-in-Charge
Office of the Attorney General – 019
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711
Phone: 512-463-4058
Fax: 512-320-0667
eric.hudson@texasattorneygeneral.gov

/Nisha P. Byers/ _____
**NISHA P. BYERS**