UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANYAL SHAIKH** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-00591-H** |
| | § | |
| **TEXAS A&M UNIVERSITY COLLEGE** | § | |
| **OF MEDICINE, MICHAEL K. YOUNG,** | § | |
| **PAUL OGDEN, M.D., AND MICHAEL L.** | § | |
| **BROWN, M.D.** | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT MICHAEL L. BROWN, M.D. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

LET IT BE KNOWN that on this _____ day of _____, 2016, this Court considered Defendant Michael L. Brown's *Unopposed Motion To Extend Time For Defendant Michael L. Brown, M.D. To Respond To Plaintiff's First Amended Complaint*.

On review of Defendant Brown's motion, IT IS ORDERED THAT Defendant Brown's motion is hereby GRANTED.

Defendant Michael L. Brown, M.D. may respond to Plaintiff's First Amended Complaint, including filing an aswer or any other responsive pleadings, on or before July 28, 2016.

_____
PRESIDING JUDGE