IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANYAL SHAIKH** | § | |
|     **Plaintiff** | § | |
| | § | |
| v. | § | NO. 4:16-CV-00591-H |
| | § | |
| **TEXAS A&M UNIVERSITY** | § | |
| **COLLEGE OF MEDICINE,** | § | |
| **MICHAEL K. YOUNG** | § | |
| **(in his official capacity)** | § | |
| **PAUL OGDEN M.D  AND** | § | |
| **MICHAEL L. BROWN M.D** | § | |
| **(Individually)** | § | |
| | § | |
|     **Defendants** | § | |

## ORDER

    This Court has considered Plaintiffs' *Response* to Defendants *Motion to Dismiss* and finds there is good cause for their Motion to Dismiss be **DENIED**.

    Signed this \_\_\_\_\_ day of _____ , 2016.

_____
**UNITED STATES DISTRICT JUDGE**