| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 27, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Danyal Shaikh, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-591 |
| | § | |
| Texas A&M University | § | |
| College of Medicine, et al., | § | |
| | § | |
| Defendants. | § | |

## Order Granting Extension

By July 28, 2016, Michael Brown may respond. (36)

Signed on June 27, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge