# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States District Court
Southern District of Texas
FILED

JUN 2 7 2016

David J. Bradley, Clerk of Court

Donald G Henlsee
Law Office of Donald G Henslee
901 Mopac Expressway Sout
Suite 300
Austin  TX  78746

---

Case: 4:16-cv-00591   Instrument: 34   (1 pages)   aty
Date: Jun 16, 2016
Control: 16069760
Notice: The attached order has been entered.

---

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail.  All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing.  Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov



U.S. POSTAGE >> PITNEY BOWES

$ 000.46

ZIP 77002
02 1W
0001374615 JUN 16 20

0006/22/16

NIXIE          767   DC 1

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC:  77208101010          *0710-05218-17-39

77208@1010

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED

JUN 27 2016

David J. Bradley, Clerk of Court