UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DANYAL SHAIKH** | § |
| | § |
| **V.** | §     **CIVIL ACTION NO. 4:16-CV-00591-H** |
| | § |
| **TEXAS A&M UNIVERSITY COLLEGE** | § |
| **OF MEDICINE, MICHAEL K. YOUNG,** | § |
| **PAUL OGDEN, M.D., AND MICHAEL L.** | § |
| **BROWN, M.D.** | § |

### ORDER GRANTING DEFENDANT MICHAEL L. BROWN, M.D.'S MOTION TO DISMISS

On this _____ day of _____, 2016, this Court considered Defendant Michael L. Brown's Motion To Dismiss for Failure to State a Claim pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6).

After review of the pleadings, IT IS ORDERED THAT Defendant Michael L. Brown, M.D.'s Motion is hereby GRANTED, and all claims and causes of action asserted by Plaintiff against Defendant Michael L. Brown, M.D. are hearby dismissed with prejudice to refiling of same.

_____
**UNITED STATES DISTRICT JUDGE**