**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DANYAL SHAIKH,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:16-CV-00591** |
| | § | |
| **TEXAS A&M UNIVERSITY** | § | |
| **COLLEGE OF MEDICINE and** | § | |
| **MICHAEL K. YOUNG.** | § | |
| *Defendants.* | § | |

**ORDER FOR EXTENSION OF TIME TO FILE**
**REPLY TO DEFENDANT'S MOTION TO DISMISS**

LET IT BE KNOWN that on this _____ day of _____, 2016, this Court considered *Plaintiff's Motion For Extension Of Time To File Reply to Defendant's Motion to Dismiss*. Upon careful review, the Court finds that there is good cause for this request and as such, the Court is of the opinion that Plaintiff's motion should be granted.

IT IS ORDERED THAT Plaintiff's *Motion* is hereby GRANTED and this brief is now due on or before _____ .


_____
PRESIDING JUDGE

1