UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2016
David J. Bradley, Clerk

| | |
|---|---|
| Danyal Shaikh, § § §<br>　　　　Plaintiff, § §<br>versus § §<br>Texas A&M University § §<br>College of Medicine, *et al.*, § §<br>　　　　Defendants. § | Civil Action H-16-591 |

## Order Granting Extension

By August 26, 2016, Danyal Shaikh may reply. (44)

Signed on August 11, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge