**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DANYAL SHAIKH** | § | |
| **Plaintiff** | § | |
| **v.** | § | |
| | § | **NO. 4:16-CV-00591-H** |
| **TEXAS A&M UNIVERSITY** | § | |
| **COLLEGE OF MEDICINE,** | § | |
| **MICHAEL K. YOUNG (Officially),** | § | |
| **PAUL OGDEN M.D  AND** | § | |
| **MICHAEL L. BROWN M.D** | § | |
| **(Individually)** | § | |
| **Defendants** | § | |

**ORDER DENYING DEFENDANT BROWN'S MOTION TO DISMISS**

This Court has considered Plaintiff's response to *Defendant Brown's Motion to Dismiss*

and finds there is good cause for their Motion be **DENIED** in total / in part, and in addition and

the alternative Plaintiff is permitted to replead.

Signed this _____ day of _____ , 2016.


_____
JUDGE, PRESIDING

1