UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 12, 2016
David J. Bradley, Clerk

| | |
|---|---|
| Danyal Shaikh, | § |
|     Plaintiff, | § |
| versus | §    Civil Action H-16-591 |
| Texas A&M University College of Medicine, et al., | § |
|     Defendants. | § |

## Dismissal Order

Danyal Shaikh will take nothing from Michael Brown, Michael Young, Paul Ogden, or Texas A&M University College of Medicine.

Signed on November 11, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge