IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANYAL SHAIKH § | |
| Plaintiff, § | |
| § | |
| v. § | NO. 4:16-CV-00591-H |
| § | |
| TEXAS A&M UNIVERSITY § | |
| COLLEGE OF MEDICINE, § | |
| MICHAEL K. YOUNG § | |
| (in his official capacity) § | |
| PAUL OGDEN M.D AND § | |
| MICHAEL L. BROWN M.D § | |
| (Individually) § | |
| Defendants. § | |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that the Plaintiff in the above-styled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1291 from the Opinions and Orders entered on November 11, 2016 (Doc. 48 & 49) [*Opinion on Dismissal* and *Dismissal Order*], regarding Plaintiff's claims.

Respectfully submitted,
*/s/ Martin J. Cirkiel*
Mr. Martin J. Cirkiel, Esq.
State Bar No. 00783829
Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com [Email]

Donald G. Henslee, Attorney
State Bar No. 09488500
Law Offices of Donald G. Henslee
901 Mopac Expressway South
Barton Oaks Plaza One Suite 300

Austin, Texas 78746
 (512) 320-9177 [Telephone]
(512) 597-1455 [Facsimile]
dhenslee@school-law.co [Email]

Chigozie F. Odediran (Ms.), Attorney
State Bar No. 24098196
Law Offices of Donald G. Henslee
901 Mopac Expressway South
Barton Oaks Plaza One Suite 300
Austin, Texas 78746
 (512) 320-9177 [Telephone]
(512) 597-1455 [Facsimile]
codediran@school-law.co [Email]

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Eric A. Hudson
Assistant Attorneys General
Attorney-in-Charge
Texas Bar No. 24059977
Southern District ID No. 1000759
Office of the Attorney General - 019
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-4058 [Telephone]
(512) 320-0667 [Facsimile]
eric.hudson@texasattorneygeneral.gov [Email]

ATTORNEY FOR DEFENDANT

/s/ Martin J. Cirkiel
Martin J. Cirkiel