APPEAL,APPEAL_NAT,CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:16-cv-00591
### Internal Use Only

| | |
|---|---|
| Shaikh v. Texas A&M University College of Medicine et al | Date Filed: 03/07/2016 |
| Assigned to: Judge Lynn N. Hughes | Date Terminated: 11/11/2016 |
| Cause: 42:1983 Civil Rights Act | Jury Demand: Plaintiff |
| | Nature of Suit: 448 Civil Rights: Education |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Danyal Shaikh**    represented by    **Chigozie F Odediran**
Law Offices of Donald G. Henslee
901 Mopac Expressway South
Barton Oaks Plaza One
Ste 300
Austin, TX 78746
512-320-9177
Email: codediran@school-law.co
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald G Henlsee**
Law Office of Donald G Henslee
901 Mopac Expressway Sout
Suite 300
Austin, TX 78746
512-320-9177
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Jay Cirkiel**
Cirkiel Assoc
1901 E Palm Valley Blvd
Round Rock, TX 78664-9401
512-244-6658

Fax: 512-244-6014
Email: marty@cirkielaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Texas A&M University College of Medicine** represented by **Eric Alan Hudson**
Texas Attorney General
300 W. 15th St.
Austin, TX 78711
512-463-2120
Fax: 512-320-0667
Email: Eric.hudson@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael K Young** represented by **Eric Alan Hudson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael L. Brown** represented by **John A Scully**
Cooper Scully PC
900 Jackson St
Ste 100
Dallas, TX 75202
214-712-9500
Email: john.scully@cooperscully.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nisha P Byers**
Cooper & Scully PC
900 Jackson Street
Ste 100

Dallas, TX 75202
214-712-9543
Fax: 214-712-9540
Email: nisha.byers@cooperscully.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Paul Ogden** | represented by | **Eric Alan Hudson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2016 | 1 | COMPLAINT against Texas A&M University College of Medicine, Michael K Young (Filing fee $ 400) filed by Danyal Shaikh.(hler, 4) (Additional attachment(s) added on 3/7/2016: # 1 Civil Cover Sheet) (hler, 4). (Entered: 03/07/2016) |
| 03/07/2016 | | Summons Issued as to Michael K Young. Issued summons returned to plaintiff by: First-class mail, filed.(hler, 4) (Entered: 03/07/2016) |
| 03/07/2016 | | Summons Issued as to Texas A&M University College of Medicine. Issued summons returned to plaintiff by: In person, filed.(hler, 4) (Entered: 03/07/2016) |
| 03/07/2016 | | Filing Filing fee: $400 re: 1 Complaint, receipt number HOU060931, filed. (hler, 4) (Entered: 03/07/2016) |
| 03/07/2016 | 2 | ***DOCKETED IN ERROR*** MOTION for Chigozie F. Odediran to Appear Pro Hac Vice by Danyal Shaikh, filed. Motion Docket Date 3/28/2016. (hler, 4) Modified on 3/8/2016 (wbostic, 4). (Entered: 03/07/2016) |
| 03/07/2016 | 3 | MOTION for Donald G. Henslee to Appear Pro Hac Vice by Danyal Shaikh, filed. Motion Docket Date 3/28/2016. (hler, 4) (Entered: 03/07/2016) |
| 03/08/2016 | 4 | ORDER FOR CONFERENCE. Initial Conference set for 6/6/2016 at 09:00 AM in Room 11122 before Judge Lynn N. Hughes. (Signed by Judge Lynn N. Hughes) Parties notified. (wbostic, 4) (Entered: 03/08/2016) |

| | | |
|---|---|---|
| 03/29/2016 | 5 | MOTION to Dismiss by Texas A&M University College of Medicine, Michael K Young, filed. Motion Docket Date 4/19/2016. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 03/29/2016) |
| 04/12/2016 | 6 | ORDER denying 3 Motion to Appear Pro Hac Vice for Donald Henslee. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 04/12/2016) |
| 04/14/2016 | 7 | MOTION for Chigozie F. Odediran to Appear Pro Hac Vice by Danyal Shaikh, filed. Motion Docket Date 5/5/2016. (mmapps, 4) (Entered: 04/14/2016) |
| 04/15/2016 | 8 | Agreed MOTION for Extension of Time File a Response to Defendant's Motion to Dismiss by Danyal Shaikh, filed. Motion Docket Date 5/6/2016. (Odediran, Chigozie) (Entered: 04/15/2016) |
| 04/15/2016 | 9 | ORDER. Chigozie Odediran is admitted pro hac vice 7 . Donald G. Henslee is withdrawn from this case due to oppressive circumstances. Shaikh may respond to the motion to dismiss by 4/29/2016 8 . (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 04/15/2016) |
| 04/28/2016 | 10 | Mail Returned Undeliverable as to Donald G. Henslee re: 9 Order on Motion to Appear Pro Hac Vice,, Order on Motion for Extension of Time,, filed. (klopez, 7) (Entered: 04/28/2016) |
| 04/28/2016 | 11 | Mail Returned Undeliverable as to Donald G. Henslee re: 6 Order on Motion to Appear Pro Hac Vice, filed. (klopez, 7) (Entered: 04/28/2016) |
| 04/28/2016 | 12 | NOTICE of Appearance by Martin Cirkiel on behalf of Danyal Shaikh, filed. (Cirkiel, Martin) (Entered: 04/28/2016) |
| 04/28/2016 | 13 | Unopposed MOTION for Extension of Time Reply to Defendant's Motion to Dismiss by Danyal Shaikh, filed. Motion Docket Date 5/19/2016. (Attachments: # 1 Proposed Order for Extension of Time to File Reply)(Cirkiel, Martin) (Entered: 04/28/2016) |
| 04/28/2016 | 14 | ORDER granting 13 Motion for Extension of Time. By May 6, 2016, Danyah Shaikh may reply. (Signed by Judge Lynn N. Hughes) Parties notified. (wbostic, 4) (Entered: 04/28/2016) |

| | | |
|---|---|---|
| 04/29/2016 | 15 | NOTICE by Texas A&M University College of Medicine, Michael K Young, filed. (Hudson, Eric) (Entered: 04/29/2016) |
| 05/06/2016 | 16 | MOTION for Leave to File First Amended Complaint by Danyal Shaikh, filed. Motion Docket Date 5/27/2016. (Attachments: # 1 Complaint First Amended Original Complaint, # 2 Proposed Order Proposed Order Granting Plaintiff's Motion for Leave of Court)(Cirkiel, Martin) (Entered: 05/06/2016) |
| 05/27/2016 | 17 | Joint MOTION to Stay *Discovery* by Texas A&M University College of Medicine, Michael K Young, filed. Motion Docket Date 6/17/2016. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 05/27/2016) |
| 06/01/2016 | 18 | First MOTION for Continuance of Initial Pre-Trial Conference by Danyal Shaikh, filed. Motion Docket Date 6/22/2016. (Odediran, Chigozie) (Entered: 06/01/2016) |
| 06/01/2016 | | ORAL ORDER: Continuance of 6/6/2016 conference denied 18 . The court spoke with counsel by telephone. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/01/2016) |
| 06/01/2016 | 19 | ORDER Denying Stay. The joint motion to stay discovery is denied as moot. See Order for Conference dated 3/8/2016 17 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/01/2016) |
| 06/01/2016 | 20 | ORDER Granting Leave. Shaikh may amend his complaint 16 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/01/2016) |
| 06/01/2016 | 21 | First AMENDED COMPLAINT against Texas A&M University College of Medicine, Michael L. Brown, Paul Ogden, filed by Danyal Shaikh. (ghassan, 4) (Entered: 06/01/2016) |
| 06/05/2016 | 🔒 24 | MOTION for Donald G Henslee to Appear Pro Hac Vice by Danyal Shaikh, filed. Motion Docket Date 6/27/2016. (srussell, 2) (Additional attachment(s) added on 6/6/2016: # 1 Exhibit) (srussell, 2). (Entered: 06/06/2016) |
| 06/06/2016 | 22 | CERTIFICATE OF SERVICE of 21 Amended |

| | | |
|---|---|---|
| | | Complaint/Counterclaim/Crossclaim etc. by Danyal Shaikh, filed.(Odediran, Chigozie) (Entered: 06/06/2016) |
| 06/06/2016 | 23 | CERTIFICATE OF SERVICE of 21 Amended Complaint/Counterclaim/Crossclaim etc. by Danyal Shaikh, filed.(Odediran, Chigozie) (Entered: 06/06/2016) |
| 06/06/2016 | 25 | CONFERENCE MEMORANDUM: Initial conference held. Appearances: Donald Henslee, Eric Hudson. Ct Reporter: K. Miller. Order to be entered. Internal review set for 6/27/2016. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/07/2016) |
| 06/06/2016 | 26 | ORDER to Clarify. By 6/7/2016, Shaikh may amend his amended complaint to include Michael K. Young or the court will dismiss him. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/07/2016) |
| 06/06/2016 | 27 | Scheduling ORDER. By 6/17/2016, the defendants may respond to the amended complaint. By 6/24/2016, Shaikh may reply. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/07/2016) |
| 06/07/2016 | 28 | Opposed MOTION for Leave to File PLAINTIFFS SECOND AMENDED COMPLAINT by Danyal Shaikh, filed. Motion Docket Date 6/28/2016. (Odediran, Chigozie) (Entered: 06/07/2016) |
| 06/07/2016 | 29 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by Danyal Shaikh.(Odediran, Chigozie) (Entered: 06/07/2016) |
| 06/09/2016 | 30 | ORDER granting 24 Motion to Appear Pro Hac Vice for Donald G. Henslee. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/09/2016) |
| 06/10/2016 | 31 | AO 435 TRANSCRIPT REQUEST by Eric Hudson for Transcript of Initial Conference on 6/6/15 before Judge Hughes. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Kathleen Miller, filed. (Hudson, Eric) (Entered: 06/10/2016) |
| 06/14/2016 | 32 | NOTICE *Attorney Eric Hudson Out of the Office June 15th - 20th, 2016* by Texas A&M University College of Medicine, Michael K Young, filed. (Hudson, Eric) (Entered: |

| | | |
|---|---|---|
| | | 06/14/2016) |
| 06/15/2016 | 33 | Unopposed MOTION for Extension of Time to Respond to Defendant's Reply by Danyal Shaikh, filed. Motion Docket Date 7/6/2016. (Attachments: # 1 Proposed Order Extending Time to File Response)(Cirkiel, Martin) (Entered: 06/15/2016) |
| 06/16/2016 | 34 | ORDER Denying Extension. Shaikh's motion for an extension of time to reply is denied 33 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/16/2016) |
| 06/17/2016 | 35 | SUPPLEMENT to 5 MOTION to Dismiss by Paul Ogden, Texas A&M University College of Medicine, Michael K Young, filed.(Hudson, Eric) (Entered: 06/17/2016) |
| 06/24/2016 | 36 | Unopposed MOTION for Extension of Time to Respond to Plaintiff's First Amended Complaint by Michael L. Brown, filed. Motion Docket Date 7/15/2016. (Attachments: # 1 Proposed Order)(Byers, Nisha) (Entered: 06/24/2016) |
| 06/24/2016 | 37 | RESPONSE to 5 MOTION to Dismiss filed by Danyal Shaikh. (Attachments: # 1 Proposed Order Denying Defendants Motion to Dismiss)(Cirkiel, Martin) (Entered: 06/24/2016) |
| 06/27/2016 | 38 | ORDER on Extension. By 7/28/2016, Brown may respond 36 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/27/2016) |
| 06/27/2016 | 39 | Mail Returned Undeliverable as to attorney Donald G Henlsee as to Danyal Shaikh re: 34 Order on Motion for Extension of Time, filed. (mmapps, 4) (Entered: 06/27/2016) |
| 07/07/2016 | 40 | TRANSCRIPT re: Initial Conference held on June 6, 2016 before Judge Lynn N Hughes. Court Reporter/Transcriber Kathleen Miller. Ordering Party Eric Hudson Release of Transcript Restriction set for 10/5/2016., filed. (kmiller, ) (Entered: 07/07/2016) |
| 07/07/2016 | 41 | REPLY in Support of 5 MOTION to Dismiss , filed by Paul Ogden, Texas A&M University College of Medicine, Michael K Young. (Hudson, Eric) (Entered: 07/07/2016) |
| 07/08/2016 | 42 | Notice of Filing of Official Transcript as to 40 Transcript. Party notified, filed. (dhansen, 4) (Entered: 07/08/2016) |

| | | |
|---|---|---|
| 07/22/2016 | 43 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Michael L. Brown, filed. Motion Docket Date 8/12/2016. (Attachments: # 1 Proposed Order)(Scully, John) (Entered: 07/22/2016) |
| 08/11/2016 | 44 | Opposed MOTION for Extension of Time Reply to Defendant's Motion to Dismiss by Danyal Shaikh, filed. Motion Docket Date 9/1/2016. (Attachments: # 1 Proposed Order granting Motion for Extension to Reply)(Cirkiel, Martin) (Entered: 08/11/2016) |
| 08/11/2016 | 45 | ORDER Granting Extension. By 8/26/2016, Shaikh may reply 44 . Internal review 8/29/2016. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 08/11/2016) |
| 08/26/2016 | 46 | RESPONSE to 43 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Danyal Shaikh. (Attachments: # 1 Proposed Order Denying Defendant Brown's Motion to Dismiss)(Cirkiel, Martin) (Entered: 08/26/2016) |
| 09/02/2016 | 47 | REPLY in Support of 43 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Michael L. Brown. (Scully, John) (Entered: 09/02/2016) |
| 11/11/2016 | 48 | OPINION on Dismissal. Shaikh will take nothing from Michael Brown, Michael Young, Paul Ogden, or Texas A&M University College of Medicine. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 11/12/2016) |
| 11/11/2016 | 49 | DISMISSAL ORDER terminating 5 , 43 . Danyal Shaikh will take nothing from Michael Brown, Michael Young, Paul Ogden, or Texas A&M University College of Medicine. Case terminated on 11/11/2016. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 11/12/2016) |
| 12/09/2016 | 50 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 48 Memorandum and Opinion, 49 Order of Dismissal, by Danyal Shaikh (Filing fee $ 505, receipt number 0541-17628769), filed.(Cirkiel, Martin) (Entered: 12/09/2016) |