United States District Court
Southern District of Texas
FILED

FEB 24 2017

David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-20793

4:16-CV-591

A True Copy
Certified order issued Feb 24, 2017

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

DANYAL SHAIKH,

    Plaintiff - Appellant

v.

TEXAS A&M UNIVERSITY COLLEGE OF MEDICINE; MICHAEL K. YOUNG; PAUL OGDEN,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as to Michael L. Brown, M.D., as of February 24, 2017, pursuant to appellant's motion.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        *Angelique D. Batiste*

                        By: _____
                        Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 24, 2017

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 16-20793   Danyal Shaikh v. Texas A&M Univ Clge of Medc, et al  
                      USDC No. 4:16-CV-591

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate as to Michael L. Brown, M.D. only.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *[signature: Angelique D. Batiste]*

                                By: _____  
                                Angelique D. Batiste, Deputy Clerk  
                                504-310-7715

cc w/encl:  
    Mr. Martin J. Cirkiel  
    Mr. Donald G. Henslee  
    Mr. Eric Alan Hudson

**P.S. to the parties: Enclosed is an updated caption that is to be used for all future filings.**

Case No. 16-20793

DANYAL SHAIKH,

        Plaintiff - Appellant

v.

TEXAS A&M UNIVERSITY COLLEGE OF MEDICINE; MICHAEL K. YOUNG; PAUL OGDEN,

        Defendants - Appellees