IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
**FILED**
JUL 1 2 2018
David J. Bradley, Clerk of Court

No. 16-20793

D.C. Docket No. 4:16-CV-591

United States Court of Appeals
Fifth Circuit
**FILED**
June 20, 2018
Lyle W. Cayce
Clerk

DANYAL SHAIKH,

      Plaintiff - Appellant

v.

TEXAS A&M UNIVERSITY COLLEGE OF MEDICINE; MICHAEL K. YOUNG; PAUL OGDEN,

      Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before DENNIS, CLEMENT, and GRAVES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed, reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

EDITH BROWN CLEMENT, Circuit Judge, dissenting in part.



Certified as a true copy and issued
as the mandate on Jul 12, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

July 12, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 16-20793    Danyal Shaikh v. Texas A&M Univ Clge of Medc, et al  
                            USDC No. 4:16-CV-591

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            LaToya C. Allen, Deputy Clerk  
                            504-310-7623

cc:  Mr. Martin J. Cirkiel  
     Mr. Donald Henslee  
     Mr. Eric Alan Hudson