UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 16, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Danyal Shaikh, § § § Plaintiff, § § versus § § Texas A&M University § College of Medicine, et al., § § Defendants. § | Civil Action H-16-591 |

## Order to Report

By August 9, 2018, the parties will jointly report the next steps that should be taken to advance the litigation.

Signed on July 16, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge