IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANYAL SHAIKH,** *Plaintiff,* | § § § | |
| v. | § | Civil Action No. 4:16-CV-00591 |
| **TEXAS A&M UNIVERSITY COLLEGE OF MEDICINE and MICHAEL K. YOUNG.** *Defendants.* | § § § § § § | |

## JOINT REPORT TO THE COURT

**NOW COMES** Danyal Shaikh ("Plaintiff"), by and through his attorney of record, Martin Cirkiel, of Cirkiel & Associates, P.C., and Texas A&M University College of Medicine and Michael K. Young ("Defendants"), by and through, Assistant Attorney General Eric Hudson, and files this *Joint Report to the Court,* and respectfully shows the following:

### I.

The parties had a telephonic conference on August 8, 2018 and submit the following for the Court's consideration:

1. That a Joint Discovery/Case Management Plan be completed by August 17, 2018; and

2. That the Court schedule a Rule 16 Conference, as soon as is reasonably possible, pursuant to the Court's Schedule.

### II. PRAYER

The parties respectfully request that the Court schedule a Rule 16 Conference, pursuant to the Court's Schedule, and for such other relief as this Court deems just and proper whether it be in law or and in equity, or in both.

**Dated: August 9, 2018.**

Respectfully submitted,

Cirkiel & Associates, P.C.

 /s/ Martin J. Cirkiel
Mr. Martin J. Cirkiel, Esq.
State Bar No. 00783829
Fed. ID# 21488
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com   [Email]
**ATTORNEYS FOR PLAINTIFF**

   and

/s/ Eric A. Hudson
ERIC A. HUDSON
Texas Bar No. 24059977
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
eric.hudson@oag.texas.gov
**ATTORNEY FOR DEFENDANT**
**Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this 8th day of August, 2018 by Notice of Electronic Filing from the Clerk of the Court.

*/s/ Martin J. Cirkiel*
Martin J. Cirkiel