

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

| | |
|---|---|
| **ERIC A. HUDSON**<br>Assistant Attorney General<br>General Litigation Division | PHONE: (512) 475-4082<br>FAX: (512) 320-0667<br>EMAIL: Eric.Hudson@oag.texas.gov |

August 16, 2018

**<u>Via E-Filing:</u>**
Honorable July Lynn N. Hughes
Southern District of Texas
United States Courthouse
515 Rusk Street
Houston, Texas 77002

    Re:    Danyal Shaikh v. Texas A&M University College of Medicine, et al; Civil Action No. 4:16-CV-00591; In the U.S. District Court for the Southern District of Texas, Houston Division

Dear Judge Hughes:

    My wife and I are expecting. The anticipated due date is September 30, 2018, and I intend to take four weeks away from the office under the Family Medical Leave Act to assist my wife with recovery and to help tend to the new baby. Consequently, I respectfully request that no trials, hearings, depositions, or any other activity requiring my presence be scheduled during the month of October of 2018.

    Thank you for your consideration in this matter.

    Sincerely,

    __/s/ *Eric A. Hudson*__
    **ERIC A. HUDSON**
    Assistant Attorney General
    General Litigation Division
    (512) 463-2120

EAH/jmr

cc:    Martin J. Cirkiel (via e-filing)

       client agency (via e-mail)