IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DANYAL SHAIKH** § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **TEXAS A&M UNIVERSITY** § <br> **COLLEGE OF MEDICINE and** § <br> **MICHAEL YOUNG** § <br> *Defendants.* § | Civil Action No. 4:16-CV-00591 |

## NOTICE OF APPEARANCE

Holly Griffith Terrell, *of counsel* for the Law Offices of Cirkiel & Associates, P.C., hereby files this notice of appearance on behalf of Plaintiff Danyal Shaikh in the above- referenced and styled case.

Respectfully submitted,
/s/ *Holly Griffith Terrell*

Ms. Holly Griffith Terrell, *of counsel*
State Bar No. 24050691
Federal ID No. 1034278
holly@cirkielaw.com

Mr. Martin J. Cirkiel
State Bar No. 00783829
Federal ID No. 21488
marty@cirkielaw.com

Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658
(512) 244-6014 Facsimile

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this 12th September 2018 by Notice of Electronic Filing from the Clerk of the Court.

 */s/ Holly Griffith Terrell*
 Holly Griffith Terrell