**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DANYAL SHAIKH,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS A&M UNIVERSITY** | § | Civil Action No. 4:16- CV-00591 |
| **COLLEGE OF MEDICINE and** | § | |
| **MICHEAL YOUNG** | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF SHAIKH

COMES NOW, Chigozie Odediran ("Ms. Odediran") of Henslee & Gorman PLLC on behalf of herself to request that Ms. Odediran be allowed to withdraw as legal counsel for Mr. Shaikh in these proceedings. Mr. Shaikh is not opposed to this request as he is currently represented by Cirkiel & Associates P.C.

Respectfully submitted,
By: */s/ Chigozie F. Odediran*
Chigozie F. Odediran, Esq.
Texas Bar No. 24098196
Henslee*& Gorman PLLC
901 Mopac Expressway South, Suite 300
Austin, Texas  78746
Phone: (512) 320-9177
Fax: 512-597-1455

*Mr. Henslee has retired from the practice of law after 45 years, for health-related issues.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been forwarded to counsels of record in this matter on this 12th September 2018 by Notice of Electronic Filing .

**Ms. Holly Griffith Terrell**
holly@cirkielaw.com

**Mr. Martin J. Cirkiel**
marty@cirkielaw.com

**Cirkiel & Associates, P.C.**
**1901 E. Palm Valley Blvd.**
**Round Rock, Texas 78664**
**(512) 244- 6658**
**(512) 244- 6014  Facsimile**
**ATTORNEYS FOR PLAINTIFF**


                                        <u>/s/ Chigozie F. Odediran</u>
                                        Chigozie F. Odediran