IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANYAL SHAIKH,** *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:16-CV-00591 |
| **TEXAS A&M UNIVERSITY COLLEGE OF MEDICINE and MICHAEL K. YOUNG.** *Defendants.* | § § § § § | |

### ORDER ON PLAINTIFF'S MOTION TO WITHDRAW ADMISSION

LET IT BE KNOWN that on this _____ day of _____, 2018, this Court considered *Plaintiff's Motion to Withdraw Admission and Brief in Support Thereof*. Upon careful review, the Court finds that there is good cause for this request and as such, the Court is of the opinion that Plaintiff's motion should be granted.

IT IS ORDERED THAT Plaintiff's *Motion to Withdraw* is hereby GRANTED.

_____
PRESIDING JUDGE

1