Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Gibbs ☐ LeBouef ☐ |
| DATE | 9/12/2018 |
| TIME | 2:40 p.m. — 3:20 p.m. |
| CIVIL ACTION | H — 16 — 591 |
| STYLE | Danyal Shaikh *versus* Texas A&M University College of Medicine, et al. |

DOCKET ENTRY

☑ Conference; ☐ Hearing; ____ day ☐ Bench  ☐ Jury Trial  (Rptr: Dye)

| | | |
|---|---|---|
| Holly Terrell | for ☑ Ptf. # | ☐ Deft. # |
| Tom Silver | for ☐ Ptf. # | ☑ Deft. # |
| Eric Hudson | for ☐ Ptf. # | ☑ Deft. # |
| | for ☐ Ptf. # | ☐ Deft. # |

☐ All motions not expressly decided are denied without prejudice.

☐ **Evidence taken** [exhibits or testimony].

☐ Argument heard on:  ☐ all pending motions;  ☐ these topics: ____

☐ Motions taken under advisement: ____

☑ Order to be entered.

☑ Internal review set: ~~September 24, 2018~~ October 1, 2018

☐ Rulings orally rendered on: ____