UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

September 14, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| Danyal Shaikh, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-591 |
| | § | |
| Texas A&M University | § | |
| College of Medicine, et al., | § | |
| | § | |
| Defendants. | § | |

## Management Order

1.    By 10:53 AM on September 15, 2018, Danyal Shaikh will file a motion to withdraw the admission that he is not seeking reinstatement as a remedy.

2.    By 4:27 PM on September 19, 2018, Texas A&M University College of Medicine will file a brief on withdrawals of admissions on appeal.

3.    By September 26, 2018, Texas A&M University College of Medicine will give Shaikh:

   (A)    its records and documents for all three of Shaikh's applications;

   (B)    a roster of everyone on the admissions committee, including an explanation of each member's role and background; and

   (C)    a diagram of the medical school admissions hierarchy, including an explanation of the mechanics of the admissions and denial process.

Signed on September 13 , 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge