IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DANYAL SHAIKH,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 4:16-CV-00591 |
| § | |
| **TEXAS A&M UNIVERSITY** § | |
| **COLLEGE OF MEDICINE and** § | |
| **MICHAEL K. YOUNG.** § | |
| *Defendants.* § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Defendant Texas A&M University College of Medicine ("TAMU") files this Notice of Appearance of Co-Counsel.

Defendant notifies the Court that Emily Ardolino, Assistant Attorney General, will appear as co-counsel along with Eric Hudson in this case. Ms. Ardolino is admitted to practice in the U.S. District Court for the Southern District of Texas and is a member in good standing with the State Bar of Texas. Mr. Hudson will remain as lead counsel and attorney in charge.

Defendant requests that the Court and counsel in this case take notice of the above appearance of counsel and add Emily Ardolino to the service list.

**Respectfully submitted**.

**KEN PAXTON**
Attorney General of Texas

**JEFFERY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**DAVID A. TALBOT, JR.**
Acting Chief - General Litigation

*/s/ Emily Ardolino*
**EMILY ARDOLINO**
Assistant Attorney General
Texas Bar No. 24087112
Southern District No. 2218021
Assistant Attorney General
**ERIC A. HUDSON**
Texas Bar No. 24059977
Southern District No. 1000759
Attorney-in-Charge
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
**eric.hudson@oag.texas.gov**
**emily.ardolino@oag.texas.gov**

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court and delivered by CM/ECF on September 18, 2018 to:

Holly G. Terrell
Martin Jay Cirkiel
1901 E. Palm Valley Blvd
Round Rock, TX  78664-9401
hollyterrelllaw@gmail.com
marty@cirkielaw.com

Mr. Donald G. Henslee
Ms. Chigozie F. Odediran
Law Office of Donald G. Henslee
901 Mopac Expressway South
Barton Oaks Plaza One Suite 300
Austin, Texas 78746
dhenslee@school-law.co
codediran@school-law.co

                                                                /s/ ***Emily Ardolino***
                                                                 **EMILY ARDOLINO**
                                                                 Assistant Attorney General