IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANYAL SHAIKH, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:16-CV-00591 |
| § | |
| TEXAS A&M UNIVERSITY § | |
| COLLEGE OF MEDICINE and § | |
| MICHAEL K. YOUNG. § | |
| *Defendants.* § | |

### ORDER DENYING PLAINTIFF'S MOTION TO WITHDRAW ADMISSION ON APPEAL

On this day came on to be considered Plaintiff's Motion to Withdraw Admission on Appeal. After due consideration of the motion and Defendant's response in opposition, the Court finds that Plaintiff's Motion to Withdraw Admission on Appeal is DENIED.

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Admission on Appeal is hereby DENIED.

SIGNED this the _____ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE
LYNN N. HUGHES