| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2018
David J. Bradley, Clerk

Danyal Shaikh, §
§
　　　　Plaintiff, §
§
versus § Civil Action H-16-591
§
Texas A&M University §
College of Medicine, et al., §
§
　　　　Defendants. §

## Order Allowing Withdrawal

　　Chigozie F. Odediran and Donald G. Henslee are withdrawn as counsel for Danyal Shaikh. (61)

　　Signed on September 19, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　　　United States District Judge