UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 09, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Danyal Shaikh, § § Plaintiff, § § versus § § Texas A&M University § College of Medicine, et al., § § Defendants. § | Civil Action H-16-591 |

## Order on Motion

In oral argument before the court of appeals, Danyal Shaikh's attorney unequivocally declared that Shaikh is not seeking readmission to Texas A&M University College of Medicine:

| | |
|---|---|
| Court: | "But are you still seeking readmission? I thought he had gone to some other med school or something." |
| Shaikh: | "He is. He's in med school and he's doing quite well." |
| Court: | "But are you seeking readmission to this school?" |
| Shaikh: | "No. No, we're seeking damages at this point." |
| Court: | "Right. He's looking for money." |
| Shaikh: | "Correct." |

Danyal Shaikh may not withdraw the admission he made on appeal. His motion is denied. (62)

Signed on November 8, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge