UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Danyal Shaikh, | § | |
| | § | |
| *versus* | § | Civil Action 4:16–cv–00591 |
| | § | |
| Texas A&M University College of Medicine, et al. | § | |

## Order Resetting Conference

1.    The pretrial conference has been reset to:

> April 10, 2019
> at 11:00 AM

2.    To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

    Signed on March 18, 2019, at Houston, Texas.

_____
Lynn N. Hughes   USDJ
United States District Judge