UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 16, 2019
David J. Bradley, Clerk

Danyal Shaikh §
§
versus §
§ Civil Action 4: 16-591
Texas A&M University §
College of Medicine, et al. §

Conference Memorandum

Counsel: Holly Terrell

Emily Ardolino
Tom Silver, general counsel

Representing: P. Shaikh

D. A&M

Date: 4/10/2019

Started: 11:02

Reporter: Wells

Ended: 11:45

At the conference, these rulings were made:

_____

☑ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2019.
☐ A hearing is set for: _____ on _____, 2019.
☐ Trial preparation to be completed by: _____, 2019.
☐ A trial is set for: _____ on _____, 2019.
    ☐ Bench   ☐ Jury   (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2019.
☑ Internal review deadline     May 27, 2019.

Lynn N. Hughes
United States District Judge