UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 16, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Danyal Shaikh, § § § Plaintiff, § § versus § § Texas A&M University § College of Medicine, et al., § § Defendants. § | Civil Action H-16-591 |

## Management Order

1. By April 22, 2019, Texas A&M University College of Medicine must file a precise explanation of the role of the step 1 test (a) at A&M; (b) in Texas; and (c) in the United States.

2. By April 26, 2019, Danyal Shaikh must tell his counsel (a) when he will next be back in the United States and (b) if he was working before he got into the medical school he is attending now.

3. By April 26, 2019, A&M must give Shaikh his undergraduate records.

4. By May 21, 2019, Shaikh must give A&M:
   (A) a list of every medical and spiritual provider he has ever seen, when, where, and for what;
   (B) his medical records;
   (C) his current medical school records;
   (D) all of his applications to other medical schools – including his application to the school he currently attends – and the schools' responses; and
   (E) all other documents relating to his damages.

5.  By May 21, 2019, A&M must file data from the last ten years about:
    (A) the number of students who have withdrawn from A&M's medical school and then been denied readmission;
    (B) the percentage of students who fail the step 1 test;
    (C) the general attrition rate of medical students at A&M and other large state universities; and
    (D) the rate at which people take the exam, drop out after failing it, and then reapply.

Signed on April 16, 2019, at Houston, Texas.

                                                Lynn N. Hughes
                                         United States District Judge