IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-00591 |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| COLLEGE OF MEDICINE et al., | § | |
|    *Defendant.* | § | |

**DEFENDANT'S STATEMENT REGARDING USMLE PASSAGE RATES AND APPLICATIONS FOR READMISSION**

Pursuant to the Court's Management Order entered April 16, 2019 (dkt. 73), Defendant Texas A&M University College of Medicine provides the following requested information:

**(A) The number of students who have withdrawn from A&M's medical school and then been denied readmission (in the last 10 years).**

Texas A&M does not keep a record of students who reapply for admission to its medical school after withdrawing, as this occurrence is exceedingly rare. However, Texas A&M can state with reasonable certainty, based on the collective memory of its officials, that Danyal Shaikh is the only former student to have withdrawn from A&M's medical school and then been denied readmission.

**(B) The percentage of students who fail the Step I test.**

The following is information provided to Texas A&M by the National Board of Medical Examiners that shows the passage rate for Texas A&M medical students for the Step I exam as compared to the national average from 2009-2018:

| Year | A&M Step I Passage | National Step I Passage |
|---|---|---|
| 2009 | 97% (3% failure) | 93% (7% failure) |
| 2010 | 96% (4% failure) | 91% (9% failure) |
| 2011 | 99% (1% failure) | 94% (6% failure) |

1

| | | |
|---|---|---|
| 2012 | 95% (5% failure) | 95% (5% failure) |
| 2013 | 97% (3% failure) | 96% (4% failure) |
| 2014 | 98% (2% failure) | 96% (4% failure) |
| 2015 | 97% (3% failure) | 95% (5% failure) |
| 2016 | 95% (5% failure) | 95% (5% failure) |
| 2017 | 97% (3% failure) | 96% (4% failure) |
| 2018 | 98% (2% failure) | 96% (4% failure) |

This number reflects the percentage of students who pass/fail the Step I exam in a given year.

Texas A&M does not keep a formal record of students who fail the Step I exam but do not later pass the exam upon retaking. However, based on the collective memory of its officials, Texas A&M can state with reasonable certainty that no students, other than Danyal Shaikh, have failed the Step I exam but have not subsequently retaken and passed it while they were still enrolled at Texas A&M.

**(C)** **The general attrition rate of medical students at A&M and other large state universities.**

In the past 10 years, 32 students (out of 1550) failed to graduate from Texas A&M medical school, a 2% attrition rate for the past 10 years.

Texas A&M does not maintain data regarding attrition rates for other medical schools at large state universities. However, data provided by the American Association of Medical Colleges regarding attrition rates at U.S. medical schools from 2003-2013 may be found at: https://www.aamc.org/download/492842/data/graduationratesandattritionratesofu.s.medicalstudents.pdf, and are attached to this statement.

**(D)** **The rate at which people take the exam, drop out after failing it, and then reapply.**

Danyal Shaikh is the only student Texas A&M medical student in the past 10 years who has withdrawn from the program after failing the Step I exam then reapplied.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

AMANDA J. COCHRAN-MCCALL
Chief, General Litigation Division

/s/ Emily Ardolino
ERIC A. HUDSON
Attorney-in-Charge
Southern District ID No. 1000759
Texas Bar No. 24059977
EMILY ARDOLINO
Southern District ID No. 2218021
Texas Bar No. 24087112
Assistant Attorneys General
Office of the Attorney General - 019
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 FAX
eric.hudson@oag.texas.gov
emily.ardolino@oag.texas.gov
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court delivered by CM/ECF and by e-mail on May 21, 2019, to:

Martin J. Cirkiel
Holly Griffith Terrell
Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
*Plaintiff's Attorneys*

/s/ Emily Ardolino
EMILY ARDOLINO
Assistant Attorney General

3

# AAMC Data Snapshot



October 2018

## Graduation Rates and Attrition Rates of U.S. Medical Students

Source: AAMC Student Records System (SRS)

Key Findings: Medical school graduation rates for MD students remained stable from 1993-1994 through 2012-2013. The four-year graduation rate ranged from 81.6% to 84.3%. Six years after matriculation, the average graduation rate was 95.9% of MD students not participating in combined degree programs.



The length of time to graduate varied for students in combined degree programs. For example, in a 10-year period from 1999-2000 through 2008-2009, 63.0% of MD-PhD students graduated within eight years of matriculation. That percentage reached 93.5% of MD-PhD students graduating within 10 years of matriculation. Most students in the other types of combined degree programs (e.g., MD-MPH) graduated within five years of matriculation.



Association of American Medical Colleges

# AAMC Data Snapshot



From 1993-1994 through 2012-2013, more medical students left medical school for nonacademic than for academic reasons, according to data reported by medical school registrars in the AAMC Student Records System (SRS). The total national attrition rate remained relatively stable at an average of 3.3% over those 20 years. Additionally, attrition rates appeared to vary by type of degree program. For academic years 2003-2004 through 2012-2013 combined, students in MD-MBA combined degree programs had the lowest overall attrition rate (0.8%), and students in combined bachelor's-MD programs had the highest overall attrition rate (4.8%).





18-125B (10/18)

Association of American Medical Colleges