Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Gibbs ☐ LeBouef ☑ Dionne Johnson |
| DATE | June 27, 2019 |
| TIME | 10:10 a.m. — 11:21 a.m. |
| CIVIL ACTION | H – 16 – 0591 |
| STYLE | Danyal Shaikh versus Texas A&M Univ. Clge of Med, et al. |

DOCKET ENTRY

☑ Conference:  ☐ Hearing: ____ day  ☐ Bench  ☐ Jury Trial  (Rptr: K. Metzger)

Holly Terrell _____ for ☑ Ptf. # ____  ☐ Deft. # ____
_____ for ☐ Ptf. # ____  ☐ Deft. # ____
Emily Ardolino, Tom Silver _____ for ☐ Ptf. # ____  ☑ Deft. # ____
_____ for ☐ Ptf. # ____  ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on:  ☐ all pending motions;  ☐ these topics:
_____
_____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings orally rendered on: _____