| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 09, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Danyal Shaikh, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-16-591 |
| Texas A&M University College of Medicine, et al., | § § § § | |
| Defendants. | § | |

# Management Order

1. By July 21, 2019, the parties must exchange the records each has access to.

2. By September 20, 2019, the parties must exchange the records that are produced by a third party.

3. Shaikh must give Texas A&M University all records of his: (a) employment history; (b) medical history back to highschool; (c) social security; (d) school back to elementary-including applications, denials, acceptances; and (e) military history.

4. Shaikh must give Texas A&M photocopies of the inside and outside of his passport.

5. By July 21, 2019, Texas A&M University College of Medicine must give Shaikh the denial of readmittance correspondence.

6. By October 16, 2019, Shaikh may be deposed.

Signed on ~~June~~ July 9, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge