```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                  HOUSTON DIVISION

 3
      DANYAL SHAIKH              *   4:16-CV-00591
 4                               *
      V.                         *   10:59 A.M. to 11:41 A.M.
 5                               *
      TEXAS A&M UNIVERSITY       *
 6    COLLEGE OF MEDICINE        *   APRIL 10, 2019

 7               CONFERENCE IN CHAMBERS
           BEFORE THE HONORABLE LYNN N. HUGHES
 8                 Volume 1 of 1 Volume
      APPEARANCES
 9
      FOR THE PLAINTIFF:
10    Ms. Holly G. Terrell
      Cirkiel & Associates
11    1901 E. Palm Valley Boulevard
      Round Rock, Texas 78664
12    (512) 244-6658

13    FOR THE DEFENDANT:
      Ms. Emily Laura Ardolino
14    Texas Attorney General
      300 West 15th Street
15    Floor 11
      Austin, Texas 78701
16    (512) 475-4103
           and
17    Mr. Tom Silver
      Assistant General Counsel
18    Office of General Counsel
      301 Tarrow Street, 6th Floor
19    Mail Stop 1230 TAMU
      College Station, Texas  77840-7896
20    (979) 458-6159

21
      Court Reporter:
22    Laura Wells, RPR, RMR, CRR
      515 Rusk Street, Suite 8004
23    Houston, Texas 77002

24    Proceedings recorded by mechanical stenography.
      Transcript produced by computer-assisted transcription.
25
```

2

**PROCEEDINGS**

1

2          MS. TERRELL:  Holly Terrell for the plaintiff.

3          MS. ARDOLINO:  Emily Ardolino from the Attorney

4    General's office representing the defendant.

10:59:46   5          MR. SILVER:  Tom Silver.  I am with the General

6    Counsel A&M System.

7          THE COURT:  I have a grandson at A&M.  So do your

8    job right.

9          MR. SILVER:  We try.  I have a daughter and a son

11:00:02  10    that just graduated.

11          THE COURT:  Congratulations.  That graduation

12    part is really nice.

13          MR. SILVER:  Yes.

14          THE COURT:  Until they say something about

11:00:11  15    graduate school.  I didn't go there, but I am an admirer

16    of what they accomplish.

17       So where are we?

18          MS. TERRELL:  We have been discussing discovery

19    between Emily and I and Marty, as well; and we have come

11:00:53  20    to some agreements.  So we are ready to see if this will

21    work.

22          THE COURT:  Well, can you give me a hint about

23    what it is you think you need to do?

24          MS. TERRELL:  I can.  We talked about six months

11:01:06  25    for discovery.

1          THE COURT:  What?

2          MS. TERRELL:  Six months for discovery.

3          THE COURT:  No.  I can't say six months.  I need

4    to know exactly what it is that you are missing that you

11:01:15   5    want to do.

6          MS. TERRELL:  Plaintiffs would like to send

7    interrogatories and requests for production.

8          THE COURT:  About what?  I need a fact that you

9    think exists or would like to know whether it exists.

11:01:30   10   What facts are you seeking to establish?

11         MS. TERRELL:  We're seeking to confirm our

12   allegations that our client was dismissed for improper

13   purposes.

14         THE COURT:  We know the mechanics of the

11:01:49   15   dismissal.

16         MS. TERRELL:  Yes.

17         THE COURT:  All right.  So he was somebody who

18   withdrew the end of the first year -- the end of the first

19   year?

11:02:01   20       MS. ARDOLINO:  End of the second year.

21         MS. TERRELL:  The second year.

22         THE COURT:  End of the second year.  Then there

23   were tests and everything and application for admission

24   and they said no.

11:02:15   25       MS. TERRELL:  Correct.

*Laura Wells, CRR, RDR*

THE COURT:  Okay.  Now, it seems to me what you
need to know is somebody similarly situated, a
re-applicant, after having withdrawn, who was not troubled
with whatever the limitations your client has, who was
admitted.

MS. TERRELL:  That would be helpful, yes.

THE COURT:  Well, that's the only data that
counts.  How many people are in the medical school class?

MR. SILVER:  Maybe around 100.  So -- I'm a
client.  I'm not supposed to talk.

THE COURT:  Technically, that's true.

MS. ARDOLINO:  But he can supply information
where I don't have it.

MR. SILVER:  Well, it seems to me --

THE COURT:  That's why I think I ought to have
the paralegals here every time.  They know everything.

MR. SILVER:  I used to be a lawyer in real life.

THE COURT:  Where did you practice?

MR. SILVER:  In Corpus Christi with Hunt,
Hermansen, McKibben and Barger.

THE COURT:  Well, Hayden Head tells me that Head
is the only good firm.

MR. SILVER:  Well, that is -- Hayden is a fishing
friend of mine down there.  He is a very good fly
fisherman.

1    THE COURT:  For you young people, Hayden Head is

2  a retired judge in Corpus.  The airport is named for

3  Hayden Head for his father, who is also a lawyer and a

4  very fine fellow.

11:03:54  5    I asked Hayden one day -- he said he was fishing a

6  lot -- and I said, Hayden, fishing doesn't seem like

7  something for someone as impatient as you are to find

8  recreational.

9    He said, It's great.  It's the only thing I don't care

11:04:17  10  whether I succeed.  It is just being there and doing it.

11    MR. SILVER:  Well, he and his friends, that are

12  all mutual, catch a lot of fish.  He doesn't go out very

13  often and not catch them, to be honest.

14    MS. TERRELL:  Fly-fishing is different than

11:04:37  15  normal fishing.

16    THE COURT:  He is just lucky.

17    MR. SILVER:  Yeah.  There is a lot of fish down

18  there, too.  That helps.

19    So, Your Honor, it seems to me that the Court of

11:04:45  20  Appeals only left the ADA claim about whether, you know,

21  that had anything.  He voluntarily withdrew, and he is

22  claiming a constructive discharge from school after he

23  didn't take the test again after so many opportunities and

24  then --

11:05:06  25    THE COURT:  But that went away.

*Laura Wells, CRR, RDR*

1          MS. ARDOLINO:  That's correct.  So the Fifth

2     Circuit left just the rehab, the Rehabilitation Act claim

3     and dismissed the ADA claim.

4          So really the issues are this constructive dismissal

11:05:20   5     and whether the medical school intentionally discriminated

6     against him by this constructive dismissal, which was

7     actually his withdrawal, and then the readmission issues,

8     which was whether or not they intentionally discriminated

9     against him in not readmitting him.

11:05:40   10          THE COURT:  But it has to be based -- he can't

11     compare himself to a college graduate who -- where did he

12     go to undergraduate school?

13          MS. TERRELL:  I am not sure.

14          MR. SILVER:  He went to A&M.

11:05:55   15          THE COURT:  All right.  So another A&M senior who

16     has applied to medical school.  That's not what we have

17     here.  We have an A&M graduate who applied to medical

18     school, got in for two years, withdrew, and there is no

19     question he was having problems with the school.  Not with

11:06:15   20     the school but with the schoolwork.  Is that not true?

21          MS. TERRELL:  Due to his disability, yes.

22          THE COURT:  Ma'am, he was having problems.  That

23     he is having problems, how is that a constructive

24     discharge?  He couldn't do the work.

11:06:37   25          MS. TERRELL:  Because the issues were a result of

 1  his disability.

 2         THE COURT:  You still have to -- remember, you

 3  still have to be able to do the job.  I am acting like --

 4  I guess medical school is a job.  I have people who file

11:07:05   5  an employment discrimination claim and say that they are

 6  permanently disabled because of it and -- well, and that

 7  they say that they are ready, willing, and able to do it;

 8  but it turns out that nine months, a year before, they

 9  applied for permanent total disability with Social

11:07:30  10  Security and got it awarded.

11         So in that case, the answer is simple.  You can't

12  swear and take money with the facts being A and claim, no,

13  they are really B.

14         In this case, as I recall, he was referred to a

11:07:56  15  psychologist or a physiologist and I know he didn't like

16  some of the doctors and that may have been correlated

17  strongly with whether they said what he wanted them to

18  say.  But my recollection is the school was not

19  indifferent.

11:08:12  20         Just so you know, I have ruled against A&M in an

21  accommodation case.  So I like them, but I'm not going to

22  do anything for them.

23         MS. ARDOLINO:  And I think that was the fact

24  issue that was remanded here by the Fifth Circuit is

11:08:29  25  whether or not the passage of this test, this step one

1    test, was an essential function of the medical program

2    and --

3              THE COURT:  And I'm supposed to decide that.

4              MS. ARDOLINO:  Correct.  But that is one of the

11:08:45  5    issues that is -- that is here on remand.  And so it's

6    certainly A&M's contention that it is an essential part of

7    the program.

8              THE COURT:  So there has got to be data, studies,

9    and articles about why it's important.

11:09:00  10             MS. ARDOLINO:  It's a licensing requirement, and

11   it is a professional program.

12             THE COURT:  From Texas?

13             MR. SILVER:  I think it's nationwide.

14             MS. ARDOLINO:  I think it is nationwide but

11:09:14  15   certainly the medical licensing --

16             THE COURT:  That would cover Texas.

17             MS. ARDOLINO:  -- would be in Texas.  Although, I

18   guess he could theoretically apply for medical license

19   outside of Texas.  But the exam itself is a national exam.

11:09:27  20   I think the U and the S in the first two letters of it

21   stand for United States.  And it is a regular part of, I

22   believe, probably all accredited medical school programs.

23             THE COURT:  She and I don't know that.

24             MS. ARDOLINO:  Right.  So that would --

11:09:45  25             THE COURT:  So ask one of your doctor slash

*Laura Wells, CRR, RDR*

1  administrators to get the shortest, most precise

2  explanation of the role that this exam plays at A&M and

3  elsewhere.  So we have three levels:  A&M, Texas, and the

4  United States.  And apparently, with some things, if you

11:10:13   5  keep the United States happy, it takes care of the others,

6  but that's not true of a lot of things, such as a driver's

7  license and commercial truck drivers.

8          MS. TERRELL:  Your Honor, I think something very

9  pertinent in the facts is at this point my client is being

11:10:35  10  treated properly and he is able and willing and ready to

11  perform these functions.  So he has gotten better.

12          THE COURT:  Wait.  His lawsuit is about what they

13  did back then.  If he could pass the test now, it doesn't

14  count.  He couldn't pass it at the time.  And I forget he

11:11:06  15  went and stayed out for a year, and did he take the test

16  again?

17          MR. SILVER:  He did.  He stayed out.  They gave

18  him more than a year and he would -- he failed to take the

19  test when he said he was going to take it and never took

11:11:22  20  it again after failing it the first time.

21          THE COURT:  How many people do you -- does that

22  happen often?

23          MR. SILVER:  No.  When they do fail then, you

24  know, the school gives them additional time to study

11:11:33  25  because if you don't pass that step test, you don't get to

1  go on.  It is -- you know, you are dead in the water.  You

2  are not going to go to medical school if you can't pass

3  that.

4      And the other thing that -- you know, we had a motion

11:11:48  5  about this.  He waived reinstatement, the claim for

6  reinstatement at the Fifth Circuit, and this Court denied

7  their request to reinstate that claim.

8          THE COURT:  As much as I'd like to reverse the

9  Court of Appeals, I can't do it.  I had a case where the

11:12:11  10  City of Houston waived limitations in the Houston Fire

11  Department Fair Labor Standards Act case which made the

12  period go eight years instead of two, and they wanted me

13  to unwaive it.  I can't do that.

14          MS. ARDOLINO:  Your Honor, from the defendants'

11:12:37  15  perspective, in terms of discovery that will be needed and

16  kind of what is remaining, we are looking at Mr. Shaikh's

17  medical records to -- for him to either execute a medical

18  records authorization or for him to provide them directly

19  to --

11:12:56  20          THE COURT:  First, he needs to furnish a list of

21  every medical provider.

22          MS. ARDOLINO:  Correct.

23          THE COURT:  Whether a physician or counselor or

24  spiritual stuff.

11:13:13  25          MS. TERRELL:  Yes, Your Honor.

```
 1          THE COURT:  I used to limit it just to medical
 2  personnel and then somebody said --
 3          MS. ARDOLINO:  They can come in all forms.
 4          THE COURT:  -- well, I can't work on Tuesdays and
 5  Thursdays because I go to see my priest to get over this
 6  terrible thing.  So anything he does for comfort and
 7  rehabilitation.
 8          MS. TERRELL:  Yes, sir.
 9          MS. ARDOLINO:  Then the other remaining issue
10  would be his damages, and that would be he is currently
11  enrolled in -- it's our understanding, anyway, that he is
12  currently enrolled in another medical school.  So we would
13  be looking at --
14          THE COURT:  Is that true?
15          MS. TERRELL:  Yes, Your Honor.
16          THE COURT:  Which one?
17          MS. TERRELL:  It's out of the country.  I can't
18  recall the name of it right now.  But he had to go outside
19  the U.S.
20          THE COURT:  That's good.  I say that's good
21  because he is getting ahead.
22          MS. TERRELL:  He is doing very well.
23          THE COURT:  The doctor I saw this morning was
24  born in Italy.  She was brought here as a small child by
25  her Italian doctor father.
```

11:13:21
11:13:33
11:13:47
11:13:55
11:14:07

*Laura Wells, CRR, RDR*

1        MS. ARDOLINO:  So we would be looking for his

2   current medical school records and his applications to

3   other medical schools and then --

4        THE COURT:  And get the translation, if they

11:14:21   5   happen not to be in English.

6        MS. ARDOLINO:  Yes.  And then any other documents

7   related to his claims for damages.  And those are -- and

8   that coupled with we would, of course, want to take the

9   plaintiff's deposition and it's possible --

11:14:34  10        THE COURT:  We have to get all the records first.

11        MS. ARDOLINO:  Correct.  Correct.  And it's also

12   possible, depending on the contents of the medical

13   records, that we may want to depose some of his treating

14   physicians.  So that's a possibility, though.

11:14:51  15        THE COURT:  Can we get them?

16        MS. ARDOLINO:  Yes.

17        THE COURT:  My practice is we figure out what

18   really happened and what the facts are and then we decide

19   who to question further.  And when that's all through,

11:15:09  20   then we get the experts, so-called experts most of the

21   time.

22     So his deposition, what may be the most sensible thing

23   to do is to find out from him when he will be back in the

24   country so he doesn't have to pay for the trip extra.  But

11:15:44  25   you don't even need to ask that.  I think you ought to ask

*Laura Wells, CRR, RDR*

1    him to tell you whenever he is coming back so that if

2    there is something that has come up we could take care of

3    it.

4         What we need is some idea of the frequency with which

11:16:20    5    people retake the exams and frequency of people who drop

6    out after having not passed the first one and who apply

7    for readmission and who don't.

8         Mr. Silver, if any of this would cost a fortune to

9    come up with, tell them to come up with the best data

11:16:46    10    that's reasonably available --

11              MR. SILVER:  Okay.

12              THE COURT:  -- for the test, for this process

13    of -- so it's like an interim bar exam?

14              MS. ARDOLINO:  In a way.

11:17:02    15              THE COURT:  In the middle of your second year of

16    law school you have to take the bar exam.

17         And how about some general statistics on the attrition

18    rate of medical students.  I have no idea.

19              MR. SILVER:  At A&M?

11:17:27    20              THE COURT:  Yes.  Well, if you want to pick some

21    comparators, it probably should be alternate large state

22    universities and not private schools or self freestanding

23    medical schools.

24              MR. SILVER.  Can I ask one question?

11:17:49    25              THE COURT:  Sure.

*Laura Wells, CRR, RDR*

1        MR. SILVER:  In regard to the medical

2  providers --

3        THE COURT:  Speak up.  She is getting old.

4        MR. SILVER:  In regard to the medical providers,

11:17:59   5  from past experience, the Court may be issuing some kind

6  of an order memorializing what your -- what we're going to

7  do.  Could we have any type of medical provider or

8  whatever it is for ten years back?

9        THE COURT:  It will be -- how old is he, roughly?

11:18:18  10  30?

11        MS. TERRELL:  Roughly, late 20s.

12        THE COURT:  For his entire life because if he

13  fell off his tricycle at three and that's what has caused

14  the nerve damage.  And what he needs to do is put down the

11:18:40  15  date, roughly.  Just not everybody keeps a precise record

16  of when they have seen doctors.  Usually if you go other

17  than annually, you are preoccupied.  But the date, where,

18  what the problem was, and the doctor's name, all to the

19  extent he can remember.

11:19:04  20     But he has to work on it because it's not something

21  that he can recall all at once.  And so just make a list

22  and then tell him to set it down.  And then every time he

23  thinks of something else to add, he can stick it on there.

24     And that -- again, doctors include chiropractors,

11:19:31  25  psychologists, sub-psychologists, psychotherapy people.

1    There are all kinds of -- there are about nine kinds of

2    nurses now, which ultimately is really good because now

3    they can legally do a lot of stuff they were always doing

4    anyway.

11:20:12  5        A&M has his undergraduate records?

6             MR. SILVER:  Yes, Your Honor.

7             THE COURT:  Do you need my permission to look at

8    them?

9             MR. SILVER:  I think we can look at them

11:20:27  10   ourselves if they relate to his schooling.

11            THE COURT:  That's what I would think.

12            MR. SILVER:  Since this is, you know, in

13   litigation, you know, I think we could provide them to the

14   other side.

11:20:41  15           THE COURT:  She is him.

16            MR. SILVER:  He could execute a FERPA

17   authorization and let anyone look at his --

18            THE COURT:  You look at them.  She will look at

19   them, and my guess is -- I don't know.

11:20:56  20           MS. ARDOLINO:  And I think the key would be to

21   the extent that those undergraduate records relate to his

22   medical school applications that I think they would be

23   relevant in that context, which we may already have in the

24   context of his applications.

11:21:12  25           THE COURT:  Well, he had earlier accommodations.

1         MS. ARDOLINO:  Understood.

2         THE COURT:  So I don't -- you won't know what you

3  want until you get to look at the records and see what

4  they reflect.

11:21:38  5     Is he working?  Before he went abroad, was he working?

6         MS. TERRELL:  I am not aware of him working.  I

7  don't think so.

8         THE COURT:  Check to see how he survived.  So if

9  he withdrew, that was not an act of the school; but the

11:22:35  10  Court of Appeals said if his withdrawal was, as a

11  practical matter, compelled by the lack of

12  accommodation --

13         MS. ARDOLINO:  I think they said that he

14  plausibly pleaded on the face of the pleadings sort of a

11:22:53  15  constructive withdrawal, so to speak.

16         THE COURT:  How about generously and not

17  plausibly.

18         MS. TERRELL:  Your Honor, I would like to add

19  that, as stated in our pleadings, the plaintiff was about

11:23:43  20  to be dismissed from medical school and our allegation is

21  that he was told to withdraw or be dismissed.

22         THE COURT:  He chose one.  He is stuck with his

23  choice, isn't he?

24         MS. ARDOLINO:  And I do believe that it's, as

11:24:10  25  pleaded, he chose to withdraw in order to preserve his

1    right to reapply in the future.  Because if it had been a

2    dismissal, he would not necessarily be eligible for

3    readmission.  So he was technically eligible for

4    readmission, reapplied competitively, but then was not

11:24:31   5    selected to join the new classes.

6              THE COURT:  So from there, from his first

7    session, he quit, studied, reapplied --

8              MS. ARDOLINO:  Correct.

9              THE COURT:  -- and was not chosen.

11:24:50   10             MS. ARDOLINO:  That's correct.

11             THE COURT:  And then the real problem is not

12   being selected the second time.

13             MS. ARDOLINO:  That's right.

14             THE COURT:  Because that -- he is not injured

11:25:09   15   but -- I mean, the problem is you have a factual thing

16   here.  He flunked the test, right?

17             MS. TERRELL:  I can't recall if he failed it or

18   he didn't take it.

19             MR. SILVER:  He did not pass it the first time.

11:25:29   20             MS. TERRELL:  Okay.

21             THE COURT:  He flunked it.  Then he declined

22   invitations to retake it.  So he had to do -- he had to

23   retake it and pass it or he couldn't go ahead.  They

24   wouldn't have had any choice.  You have a second-year

11:25:57   25   medical student who has not passed the interscholastic

1   test and has not retaken it, despite the opportunity.

2        Who was on the panel?  Do you remember?

3           MS. ARDOLINO:  I believe it was Edith Clement

4   dissented and -- actually, I probably have a copy of it

11:26:41   5   here -- and the --

6           LAW CLERK:  You have a copy of it underneath the

7   docket sheet.

8           THE COURT:  Thank you.

9           MS. ARDOLINO:  Dennis and Graves and Clement

11:26:55   10  issued -- were on the panel.  It's a per curiam opinion

11  and Judge Clement dissented.

12          THE COURT:  Judge Dennis is/was my law partner's

13  brother-in-law, not that that has anything to do with his

14  opinion.  It seems kind of telling in this per curiam the

11:27:58   15  number of citations per page is a law review confection.

16  The first paragraph of Page 8 is almost impossible to

17  read.  It has one, two, three, four, five, six, seven,

18  eight -- I may have missed a couple of citations -- in a

19  half-page paragraph.

11:28:38   20       So get the data on withdrawals, readmissions, failure

21  to be readmitted or not accepted and the number of

22  students, maybe the number of students who don't pass and

23  therefore have to take it again or give up.  Just pick

24  some -- I mean, ten years of data would be a chunk.  But

11:29:18   25  if five years is all that is available, just the best that

1  you can do so I can have some background on this.

2      Have you read this *Brennan v. Stewart* case that the

3  Court of Appeals cited about otherwise qualified?

4          MS. ARDOLINO:  Not recently.

11:31:11   5      THE COURT:  The quote is cannot -- otherwise

6  qualified cannot refer only to those already capable of

7  meeting all requirements.  Then it goes on that otherwise

8  nobody would ever be -- if you were disabled, nobody would

9  ever be able to fall under the Act.

11:31:35   10      The trouble is many disabilities involve giving them a

11  fan because there is not enough air-conditioning or

12  different chairs.  But they still meet the physical and

13  intellectual requirements for the job.

14      If you are allergic to his aftershave lotion or

11:32:00   15  something, then the company can hose him off every

16  morning.

17      And I guarantee you that didn't have to do with the

18  graduate professional school criterion, which is

19  universally accepted, apparently.

11:32:24   20      A high school administrator from another state told me

21  once the only two things that can bankrupt a university, a

22  law school, and a medical school -- I don't know why the

23  law school.  I mean, the law school doesn't require

24  anything more sophisticated than French poetry -- but

11:33:11   25  today is the equipment in a medical school.  And people

1    are always saying, oh, it was so much cheaper in the '50s.

2    Yeah.  They'd pat you on your head and say you are going

3    to die.

4         I was talking to a young woman about naming children

11:33:31    5    and something came up about having picked two names, one

6    male and one female, for our future child.  And she said

7    why would -- I mean, you know what it was.

8         How would we know?  Well, ultrasound, you didn't have

9    it.  CAT scan, didn't have it.  MRI, didn't have it.  You

11:34:05    10    wouldn't give them an x-ray.  And so you found out the day

11    the kid showed up whether you had a -- which name you were

12    going to use.

13         And so the question was:  What did you -- what did you

14    do?  Paint the child's room blue or pink in advance?

11:34:23    15         And I said, I didn't.  The sensible choice is do

16    nothing until the kid arrives because the kid is not going

17    to know what color the room is for some time.

18              MS. ARDOLINO:  Or go with green.

19              THE COURT:  Yeah.  I mean, they are happy to be

11:34:42    20    there.  And worse, if you had, say, a girl's room in pink,

21    that might affect her future employability.

22         Anything else anybody needs at the moment?

23              MR. SILVER:  Will they -- are they going to be

24    ordered to provide us a HIPAA?  So once we have the

11:35:19    25    records, we'll already have the HIPAA to subpoena --

1          THE COURT:  He can get the records and hand them

2     to you.  They are his records.

3          MS. ARDOLINO:  I think that -- yeah.  I think

4     that we had discussed they were either going to provide

11:35:32  5     the records themselves or provide a medical release so

6     that we could.

7          THE COURT:  They are his records.  Have him

8     produce them.  But the list of everybody else, every

9     doctor.

11:35:44  10          MS. ARDOLINO:  Right.

11          THE COURT:  And his application to the foreign

12     medical school.

13          MS. TERRELL:  Yes.

14          MS. ARDOLINO:  And I think his current records,

11:35:54  15     school records would be useful.

16          MS. TERRELL:  Yes.  Would you like a release for

17     that or do you want us to --

18          MS. ARDOLINO:  I think y'all may want to actually

19     provide those because they are out of the country and

11:36:06  20     so --

21          MS. TERRELL:  Understood.

22          MS. ARDOLINO:  -- that would be appreciated.

23          MR. SILVER:  We will get any applications and the

24     responses from the medical schools as well.

11:36:17  25          THE COURT:  Any medical school he applied to?

*Laura Wells, CRR, RDR*

1          MR. SILVER:  A what did they say kind of thing.

2          THE COURT:  His application and their response.

3          MS. ARDOLINO:  Yes.

4          MS. TERRELL:  Yes.  And, Your Honor, you

11:36:30  5   mentioned undergrad educational records, and I'm not sure

6    whether we have all his educational records from the

7    medical school portion of his education.  I don't think

8    those were ordered last time either.  So we would like

9    those.

11:36:46  10          THE COURT:  Did you ever just ask for them?  They

11   are his records.  Give them to him.

12          MR. SILVER:  I'm sure he has his transcript by

13   now.

14          THE COURT:  Whatever Nobel prizes, football

11:37:03  15   trophies, or whatever.

16      And foreign countries are somewhat different than us.

17   They are not as trustingly paper oriented.  So a friend of

18   mine was living in Spain, and he wrote me and said he

19   needed a letter of character for him to renew it for

11:37:27  20   another ten years.  So which I happily did.  And having

21   known him since middle school, I omitted some things.

22      And so I get a letter back from him that says they

23   said it was no good.  There were no stamps on it.  So I

24   reproduced the letter and I got my deputy clerk to get me

11:37:52  25   any stamp we could use that wouldn't actively make it

*Laura Wells, CRR, RDR*

1    something it wasn't.  And I put five stamps on it.  It

2    sailed right through.  He got his visa.

3         Anything else?

4         MS. ARDOLINO:  Are you going to be issuing an

5    order or any type of discovery scheduling order or do you

6    want us to just go ahead --

7         THE COURT:  No.  Because you don't know what you

8    need until after you get this stuff.  One step at a time.

9         MS. ARDOLINO:  That's where -- we are onboard

10   with that.  I was just wondering what to anticipate.

11        THE COURT:  It is common for courts to issue, as

12   you undoubtedly know, a docket control order when the case

13   is filed.  And I will guarantee you that no case has ever

14   been tried on the date set in an order.

15        When I first got here -- I had all my docket was

16   inherited.  So I had about 900 cases that had been

17   untouched because they came from the dockets of dead

18   judges.  So they had shrunk over the years to the point

19   where if you added them together it was the equivalent of

20   a regular docket, except mine were all two years or more

21   untouched.

22        And so these guys were saying they had not quite done

23   it, but they will name their experts pretty soon.  I know

24   the deadline is -- and I said, What kind of expert are you

25   going to have in this case?

*Laura Wells, CRR, RDR*

1    Well, none, if it's up to us, but that standard

2    scheduling order, you know, they must be designated by a

3    certain date.  So if I wanted them designated, they were

4    going to find me a couple of experts.

11:39:51   5    And I said, no.  It should say if you need one, they

6    have to be done by now.

7    So I like to take it -- you know, every once in a

8    while somebody uncovers a release of the whole thing stuck

9    in somebody's file or all manner of stuff.

11:40:13   10    I would like to do civil trials where I can give the

11    jury and counsel the complete charge, but the cases seldom

12    end up being exactly like they look at the start.  So I

13    have broken it down into some lengthy preliminary ones and

14    then supplemental ones because it's kind of silly to have

11:40:40   15    people sit there for three days and say this is what you

16    were supposed to be paying attention to and this is the

17    things you ought to consider while you are listening to

18    the witnesses but you have already listened to them.

19    Even worse is the judges who don't give the

11:40:55   20    instructions until after the oral argument.  What is the

21    lawyer -- the lawyer doesn't know what the judge is going

22    to say.  They should have an idea, but judges don't always

23    do what the lawyer wants.

24    So I like my juries.  They are thoughtful,

11:41:17   25    hard-working people.  This is my 40th year on the bench,

1    and I have probably set aside three verdicts.

2        Anything else?

3            MS. TERRELL:  No, Your Honor.

4            MS. ARDOLINO:  No, Your Honor.

11:41:35    5            THE COURT:  If y'all come up with something that

6    you think you really need to do that we didn't cover, you

7    jointly send me -- file a pleading that says additional

8    discovery.  Tell me what it is.  And I'll probably say

9    yes, but I have been known to say no.

11:42:04    10            MS. ARDOLINO:  Thank you, Your Honor.

11            THE COURT:  All right.

12        (Proceedings concluded at 11:42 a.m.)

13    *Date: August 5, 2019*

14                    **COURT REPORTER'S CERTIFICATE**

15        *I, Laura Wells, certify that the foregoing is a*

16    *correct transcript from the record of proceedings in the*

17    *above-entitled matter.*

18

19                        */s/ Laura Wells*

20                    *Laura Wells, CRR, RMR*

21

22

23

24

25

Concordance

---

**'**

'50s [1] - 20:1

---

**/**

/s [1] - 25:19

---

**1**

100 [1] - 4:9
11:42 [1] - 25:12

---

**2**

2019 [1] - 25:13
20s [1] - 14:11

---

**3**

30 [1] - 14:10

---

**4**

40th [1] - 24:25

---

**5**

5 [1] - 25:13

---

**8**

8 [1] - 18:16

---

**9**

900 [1] - 23:16

---

**A**

A&M [10] - 2:6, 2:7, 6:14,
6:15, 6:17, 7:20, 9:2,
9:3, 13:19, 15:5
A&M's [1] - 8:6
a.m [1] - 25:12
able [4] - 7:3, 7:7, 9:10,
19:9
above-entitled [1] -
25:17
abroad [1] - 16:5
accepted [2] - 18:21,
19:19
accommodation [2] -
7:21, 16:12
accommodations [1]

---

- 15:25
accomplish [1] - 2:16
accredited [1] - 8:22
act [1] - 16:9
Act [3] - 6:2, 10:11, 19:9
acting [1] - 7:3
actively [1] - 22:25
ADA [2] - 5:20, 6:3
add [1] - 14:23, 16:18
added [1] - 23:19
additional [2] - 9:24,
25:7
administrator [1] -
19:20
administrators [1] - 9:1
admirer [1] - 2:15
admission [1] - 3:23
admitted [1] - 4:5
advance [1] - 20:14
affect [1] - 20:21
aftershave [1] - 19:14
agreements [1] - 2:20
ahead [3] - 11:21, 17:23,
23:6
air [1] - 19:11
air-conditioning [1] -
19:11
airport [1] - 5:2
allegation [1] - 16:20
allegations [1] - 3:12
allergic [1] - 19:14
almost [1] - 18:16
alternate [1] - 13:21
annually [1] - 14:17
answer [1] - 7:11
anticipate [1] - 23:10
anyway [2] - 11:11, 15:4
Appeals [4] - 5:20, 10:9,
16:10, 19:3
applicant [1] - 4:3
application [3] - 3:23,
21:11, 22:2
applications [4] - 12:2,
15:22, 15:24, 21:23
applied [4] - 6:16, 6:17,
7:9, 21:25
apply [2] - 8:18, 13:6

---

appreciated [1] - 21:22
ARDOLINO [40] - 2:3,
3:20, 4:12, 6:1, 7:23,
8:4, 8:10, 8:14, 8:17,
8:24, 10:14, 10:22,
11:3, 11:9, 12:1, 12:6,
12:11, 12:16, 13:14,
15:20, 16:1, 16:13,
16:24, 17:8, 17:10,
17:13, 18:3, 18:9, 19:4,
20:18, 21:3, 21:10,
21:14, 21:18, 21:22,
22:3, 23:4, 23:9, 25:4,
25:10
Ardolino [1] - 2:3
argument [1] - 24:20
arrives [1] - 20:16
articles [1] - 8:9
aside [1] - 25:1
attention [1] - 24:16
Attorney [1] - 2:3
attrition [1] - 13:17
August [1] - 25:13
authorization [2] -
10:18, 15:17
available [2] - 13:10,
18:25
awarded [1] - 7:10
aware [1] - 16:6

---

**B**

background [1] - 19:1
bankrupt [1] - 19:21
bar [2] - 13:13, 13:16
Barger [1] - 4:20
based [1] - 6:10
bench [1] - 24:25
best [2] - 13:9, 18:25
better [1] - 9:11
between [1] - 2:19
blue [1] - 20:14
born [1] - 11:24
Brennan [1] - 19:2
broken [1] - 24:13
brother [1] - 18:13
brother-in-law [1] -
18:13
brought [1] - 11:24

---

**C**

cannot [2] - 19:5, 19:6
capable [1] - 19:6
care [3] - 5:9, 9:5, 13:2
case [9] - 7:11, 7:14,
7:21, 10:9, 10:11, 19:2,
23:12, 23:13, 23:25
cases [2] - 23:16, 24:11
CAT [1] - 20:9
catch [2] - 5:12, 5:13
caused [1] - 14:13
certain [1] - 24:3
certainly [2] - 8:6, 8:15
CERTIFICATE [1] -
25:14
certify [1] - 25:15
chairs [1] - 19:12
character [1] - 22:19
charge [1] - 24:11
cheaper [1] - 20:1
check [1] - 16:8
child [2] - 11:24, 20:6
child's [1] - 20:14
children [1] - 20:4
chiropractors [1] -
14:24
choice [3] - 16:23, 17:24,
20:15
chose [2] - 16:22, 16:25
chosen [1] - 17:9
Christi [1] - 4:19
chunk [1] - 18:24
Circuit [3] - 6:2, 7:24,
10:6
citations [2] - 18:15,
18:18
cited [1] - 19:3
City [1] - 10:10
civil [1] - 24:10
claim [7] - 5:20, 6:2, 6:3,
7:5, 7:12, 10:5, 10:7
claiming [1] - 5:22
claims [1] - 12:7
class [1] - 4:8
classes [1] - 17:5
Clement [3] - 18:3, 18:9,

---

Concordance

18:11
clerk [1] - 22:24
CLERK [1] - 18:6
client [4] - 3:12, 4:4, 4:10, 9:9
college [1] - 6:11
color [1] - 20:17
comfort [1] - 11:6
coming [1] - 13:1
commercial [1] - 9:7
common [1] - 23:11
company [1] - 19:15
comparators [1] - 13:21
compare [1] - 6:11
compelled [1] - 16:11
competitively [1] - 17:4
complete [1] - 24:11
concluded [1] - 25:12
conditioning [1] - 19:11
confection [1] - 18:15
confirm [1] - 3:11
congratulations [1] - 2:11
consider [1] - 24:17
constructive [5] - 5:22, 6:4, 6:6, 6:23, 16:15
contention [1] - 8:6
contents [1] - 12:12
context [2] - 15:23, 15:24
control [1] - 23:12
copy [2] - 18:4, 18:6
Corpus [2] - 4:19, 5:2
correct [9] - 3:25, 6:1, 8:4, 10:22, 12:11, 17:8, 17:10, 25:16
correlated [1] - 7:16
cost [1] - 13:8
counsel [1] - 24:11
Counsel [1] - 2:6
counselor [1] - 10:23
count [1] - 9:14
countries [1] - 22:16
country [3] - 11:17, 12:24, 21:19
counts [1] - 4:8

couple [2] - 18:18, 24:4
coupled [1] - 12:8
course [1] - 12:8
Court [6] - 5:19, 10:6, 10:9, 14:5, 16:10, 19:3
COURT [81] - 2:7, 2:11, 2:14, 2:22, 3:1, 3:3, 3:8, 3:14, 3:17, 3:22, 4:1, 4:7, 4:11, 4:15, 4:18, 4:21, 5:1, 5:16, 5:25, 6:10, 6:15, 6:22, 7:2, 8:3, 8:8, 8:12, 8:16, 8:23, 8:25, 9:12, 9:21, 10:8, 10:20, 10:23, 11:1, 11:4, 11:14, 11:16, 11:20, 11:23, 12:4, 12:10, 12:15, 12:17, 13:12, 13:15, 13:20, 13:25, 14:3, 14:9, 14:12, 15:7, 15:11, 15:15, 15:18, 15:25, 16:2, 16:8, 16:16, 16:22, 17:6, 17:9, 17:11, 17:14, 17:21, 18:8, 18:12, 19:5, 20:19, 21:1, 21:7, 21:11, 21:25, 22:2, 22:10, 22:14, 23:7, 23:11, 25:5, 25:11, 25:14
courts [1] - 23:11
cover [2] - 8:16, 25:6
criterion [1] - 19:18
CRR [1] - 25:20
curiam [2] - 18:10, 18:14
current [2] - 12:2, 21:14

## D

damage [1] - 14:14
damages [2] - 11:10, 12:7
data [5] - 4:7, 8:8, 13:9, 18:20, 18:24
date [4] - 14:15, 14:17, 23:14, 24:3
Date [1] - 25:13
daughter [1] - 2:9
days [1] - 24:15
dead [2] - 10:1, 23:17
deadline [1] - 23:24
decide [2] - 8:3, 12:18
declined [1] - 17:21

defendant [1] - 2:4
defendants' [1] - 10:14
denied [1] - 10:6
Dennis [2] - 18:9, 18:12
Department [1] - 10:11
depose [1] - 12:13
deposition [2] - 12:9, 12:22
deputy [1] - 22:24
designated [2] - 24:2, 24:3
despite [1] - 18:1
die [1] - 20:3
different [3] - 5:14, 19:12, 22:16
directly [1] - 10:18
disabilities [1] - 19:10
disability [3] - 6:21, 7:1, 7:9
disabled [2] - 7:6, 19:8
discharge [2] - 5:22, 6:24
discovery [6] - 2:18, 2:25, 3:2, 10:15, 23:5, 25:8
discriminated [2] - 6:5, 6:8
discrimination [1] - 7:5
discussed [1] - 21:4
discussing [1] - 2:18
dismissal [4] - 3:15, 6:4, 6:6, 17:2
dismissed [4] - 3:12, 6:3, 16:20, 16:21
dissented [2] - 18:4, 18:11
docket [4] - 18:7, 23:12, 23:15, 23:20
dockets [1] - 23:17
doctor [4] - 8:25, 11:23, 11:25, 21:9
doctor's [1] - 14:18
doctors [3] - 7:16, 14:16, 14:24
documents [1] - 12:6
done [2] - 23:22, 24:6
down [5] - 4:24, 5:17, 14:14, 14:22, 24:13

driver's [1] - 9:6
drivers [1] - 9:7
drop [1] - 13:5
due [1] - 6:21

## E

Edith [1] - 18:3
education [1] - 22:7
educational [2] - 22:5, 22:6
eight [2] - 10:12, 18:18
either [3] - 10:17, 21:4, 22:8
eligible [2] - 17:2, 17:3
elsewhere [1] - 9:3
Emily [2] - 2:3, 2:19
employability [1] - 20:21
employment [1] - 7:5
end [5] - 3:18, 3:20, 3:22, 24:12
English [1] - 12:5
enrolled [2] - 11:11, 11:12
entire [1] - 14:12
entitled [1] - 25:17
equipment [1] - 19:25
equivalent [1] - 23:19
essential [2] - 8:1, 8:6
establish [1] - 3:10
exactly [2] - 3:4, 24:12
exam [5] - 8:19, 9:2, 13:13, 13:16
exams [1] - 13:5
except [1] - 23:20
execute [2] - 10:17, 15:16
exists [2] - 3:9
experience [1] - 14:5
expert [1] - 23:24
experts [4] - 12:20, 23:23, 24:4
explanation [1] - 9:2
extent [2] - 14:19, 15:21
extra [1] - 12:24

Concordance

**F**

face [1] - 16:14
fact [2] - 3:8, 7:23
facts [4] - 3:10, 7:12, 9:9, 12:18
factual [1] - 17:15
fail [1] - 9:23
failed [2] - 9:18, 17:17
failing [1] - 9:20
failure [1] - 18:20
Fair [1] - 10:11
fall [1] - 19:9
fan [1] - 19:11
father [2] - 5:3, 11:25
fell [1] - 14:13
fellow [1] - 5:4
female [1] - 20:6
FERPA [1] - 15:16
Fifth [3] - 6:1, 7:24, 10:6
figure [1] - 12:17
file [3] - 7:4, 24:9, 25:7
filed [1] - 23:13
fine [1] - 5:4
Fire [1] - 10:10
firm [1] - 4:22
first [11] - 3:18, 8:20, 9:20, 10:20, 12:10, 13:6, 17:6, 17:19, 18:16, 23:15
fish [2] - 5:12, 5:17
fisherman [1] - 4:25
fishing [5] - 4:23, 5:5, 5:6, 5:14, 5:15
five [3] - 18:17, 18:25, 23:1
flunked [2] - 17:16, 17:21
fly [2] - 4:24, 5:14
fly-fishing [1] - 5:14
football [1] - 22:14
foregoing [1] - 25:15
foreign [2] - 21:11, 22:16
forget [1] - 9:14
forms [1] - 11:3
fortune [1] - 13:8
four [1] - 18:17

freestanding [1] - 13:22
French [1] - 19:24
frequency [2] - 13:4, 13:5
friend [2] - 4:24, 22:17
friends [1] - 5:11
function [1] - 8:1
functions [1] - 9:11
furnish [1] - 10:20
future [3] - 17:1, 20:6, 20:21

**G**

General [1] - 2:5
general [1] - 13:17
General's [1] - 2:4
generously [1] - 16:16
girl's [1] - 20:20
graduate [4] - 2:15, 6:11, 6:17, 19:18
graduated [1] - 2:10
graduation [1] - 2:11
grandson [1] - 2:7
Graves [1] - 18:9
great [1] - 5:9
green [1] - 20:18
guarantee [2] - 19:17, 23:13
guess [3] - 7:4, 8:18, 15:19
guys [1] - 23:22

**H**

half [1] - 18:19
half-page [1] - 18:19
hand [1] - 21:1
happily [1] - 22:20
happy [2] - 9:5, 20:19
hard [1] - 24:25
hard-working [1] - 24:25
Hayden [6] - 4:21, 4:23, 5:1, 5:3, 5:5, 5:6
head [1] - 20:2
Head [4] - 4:21, 5:1, 5:3

helpful [1] - 4:6
helps [1] - 5:18
Hermansen [1] - 4:20
high [1] - 19:20
himself [1] - 6:11
hint [1] - 2:22
HIPAA [2] - 20:24, 20:25
Holly [1] - 2:2
honest [1] - 5:13
Honor [11] - 5:19, 9:8, 10:14, 10:25, 11:15, 15:6, 16:18, 22:4, 25:3, 25:4, 25:10
hose [1] - 19:15
Houston [2] - 10:10
Hunt [1] - 4:19

**I**

idea [3] - 13:4, 13:18, 24:22
impatient [1] - 5:7
important [1] - 8:9
impossible [1] - 18:16
improper [1] - 3:12
include [1] - 14:24
indifferent [1] - 7:19
information [1] - 4:12
inherited [1] - 23:16
injured [1] - 17:14
instead [1] - 10:12
instructions [1] - 24:20
intellectual [1] - 19:13
intentionally [2] - 6:5, 6:8
interim [1] - 13:13
interrogatories [1] - 3:7
interscholastic [1] - 17:25
invitations [1] - 17:22
involve [1] - 19:10
is/was [1] - 18:12
issue [3] - 7:24, 11:9, 23:11
issued [1] - 18:10
issues [4] - 6:4, 6:7, 6:25, 8:5

issuing [2] - 14:5, 23:4
Italian [1] - 11:25
Italy [1] - 11:24
itself [1] - 8:19

**J**

job [4] - 2:8, 7:3, 7:4, 19:13
join [1] - 17:5
jointly [1] - 25:7
judge [2] - 5:2, 24:21
Judge [2] - 18:11, 18:12
judges [3] - 23:18, 24:19, 24:22
juries [1] - 24:24
jury [1] - 24:11

**K**

keep [1] - 9:5
keeps [1] - 14:15
key [1] - 15:20
kid [3] - 20:11, 20:16
kind [6] - 10:16, 14:5, 18:14, 22:1, 23:24, 24:14
kinds [2] - 15:1
known [2] - 22:21, 25:9

**L**

Labor [1] - 10:11
lack [1] - 16:11
large [1] - 13:21
last [1] - 22:8
late [1] - 14:11
Laura [3] - 25:15, 25:19, 25:20
LAW [1] - 18:6
law [7] - 13:16, 18:12, 18:13, 18:15, 19:22, 19:23
lawsuit [1] - 9:12
lawyer [5] - 4:17, 5:3, 24:21, 24:23
left [2] - 5:20, 6:2
legally [1] - 15:3
lengthy [1] - 24:13

letter [3] - 22:19, 22:22, 22:24
letters [1] - 8:20
levels [1] - 9:3
license [2] - 8:18, 9:7
licensing [2] - 8:10, 8:15
life [2] - 4:17, 14:12
limit [1] - 11:1
limitations [2] - 4:4, 10:10
list [3] - 10:20, 14:21, 21:8
listened [1] - 24:18
listening [1] - 24:17
litigation [1] - 15:13
living [7] - 15:7, 15:9, 15:17, 15:18, 16:3, 24:12
looking [3] - 10:16, 11:13, 12:1
lotion [1] - 19:14
lucky [1] - 5:16

**M**

ma'am [1] - 6:22
male [1] - 20:6
manner [1] - 24:9
Marty [1] - 2:19
matter [2] - 16:11, 25:17
McKibben [1] - 4:20
mean [5] - 17:15, 18:24, 19:23, 20:7, 20:19
mechanics [1] - 3:14
medical [33] - 4:8, 6:5, 6:16, 6:17, 7:4, 8:1, 8:15, 8:18, 8:22, 10:2, 10:17, 10:21, 11:1, 11:12, 12:2, 12:3, 12:12, 13:18, 13:23, 14:1, 14:4, 14:7, 15:22, 16:20, 17:25, 19:22, 19:25, 21:5, 21:12, 21:24, 21:25, 22:7
meet [1] - 19:12
meeting [1] - 19:7
memorializing [1] - 14:6
mentioned [1] - 22:5

middle [2] - 13:15, 22:21
might [1] - 20:21
mine [3] - 4:24, 22:18, 23:20
missed [1] - 18:18
missing [1] - 3:4
moment [1] - 20:22
money [1] - 7:12
months [4] - 2:24, 3:2, 3:3, 7:8
morning [2] - 11:23, 19:16
most [3] - 9:1, 12:20, 12:22
motion [1] - 10:4
MR [28] - 2:5, 2:9, 2:13, 4:9, 4:14, 4:17, 4:19, 4:23, 5:11, 5:17, 6:14, 8:13, 9:17, 9:23, 13:11, 13:19, 13:24, 14:1, 14:4, 15:6, 15:9, 15:12, 15:16, 17:19, 20:23, 21:23, 22:1, 22:12
MRI [1] - 20:9
MS [70] - 2:2, 2:3, 2:18, 2:24, 3:2, 3:6, 3:11, 3:16, 3:20, 3:21, 3:25, 4:6, 4:12, 5:14, 6:1, 6:13, 6:21, 6:25, 7:23, 8:4, 8:10, 8:14, 8:17, 8:24, 9:8, 10:14, 10:22, 10:25, 11:3, 11:8, 11:9, 11:15, 11:17, 11:22, 12:1, 12:6, 12:11, 12:16, 13:14, 14:11, 15:20, 16:1, 16:6, 16:13, 16:18, 16:24, 17:8, 17:10, 17:13, 17:17, 17:20, 18:3, 18:9, 19:4, 20:18, 21:3, 21:10, 21:13, 21:14, 21:16, 21:18, 21:21, 21:22, 22:3, 22:4, 23:4, 23:9, 25:3, 25:4, 25:10
must [1] - 24:2
mutual [1] - 5:12

**N**

name [4] - 11:18, 14:18, 20:11, 23:23
named [1] - 5:2
names [1] - 20:5

naming [1] - 20:4
national [1] - 8:19
nationwide [2] - 8:13, 8:14
necessarily [1] - 17:2
need [10] - 2:23, 3:3, 3:8, 4:2, 12:25, 13:4, 15:7, 23:8, 24:5, 25:6
needed [2] - 10:15, 22:19
needs [3] - 10:20, 14:14, 20:22
nerve [1] - 14:14
never [1] - 9:19
new [1] - 17:5
nice [1] - 2:12
nine [2] - 7:8, 15:1
Nobel [1] - 22:14
nobody [2] - 19:8
none [1] - 24:1
normal [1] - 5:15
nothing [1] - 20:16
number [3] - 18:15, 18:21, 18:22
nurses [1] - 15:2

**O**

office [1] - 2:4
often [2] - 5:13, 9:22
old [2] - 14:3, 14:9
omitted [1] - 22:21
onboard [1] - 23:9
once [4] - 14:21, 19:21, 20:24, 24:7
one [13] - 5:5, 7:25, 8:4, 8:25, 11:16, 13:6, 13:24, 16:22, 18:17, 20:5, 20:6, 23:8, 24:5
ones [2] - 24:13, 24:14
opinion [2] - 18:10, 18:14
opportunities [1] - 5:23
opportunity [1] - 18:1
oral [1] - 24:20
order [7] - 14:6, 16:25, 23:5, 23:12, 23:14, 24:2
ordered [2] - 20:24, 22:8
oriented [1] - 22:17

otherwise [3] - 19:3, 19:5, 19:7
ought [3] - 4:15, 12:25, 24:17
ourselves [1] - 15:10
outside [2] - 8:19, 11:18

**P**

page [2] - 18:15, 18:19
Page [1] - 18:16
paint [1] - 20:14
panel [2] - 18:2, 18:10
paper [1] - 22:17
paragraph [2] - 18:16, 18:19
paralegals [1] - 4:16
part [3] - 2:12, 8:6, 8:21
partner's [1] - 18:12
pass [7] - 9:13, 9:14, 9:25, 10:2, 17:19, 17:23, 18:22
passage [1] - 7:25
passed [2] - 13:6, 17:25
past [1] - 14:5
pat [1] - 20:2
pay [1] - 12:24
paying [1] - 24:16
people [10] - 4:8, 5:1, 7:4, 9:21, 13:5, 14:25, 19:25, 24:15, 24:25
per [3] - 18:10, 18:14, 18:15
perform [1] - 9:11
period [1] - 10:12
permanent [1] - 7:9
permanently [1] - 7:6
permission [1] - 15:7
personnel [1] - 11:2
perspective [1] - 10:15
pertinent [1] - 9:9
physical [1] - 19:12
physician [1] - 10:23
physicians [1] - 12:14
physiologist [1] - 7:15
pick [2] - 13:20, 18:23
picked [1] - 20:5

pink [2] - 20:14, 20:20
plaintiff [2] - 2:2, 16:19
plaintiff's [1] - 12:9
plaintiffs [1] - 3:6
plausibly [2] - 16:14, 16:17
plays [1] - 9:2
pleaded [2] - 16:14, 16:25
pleading [1] - 25:7
pleadings [2] - 16:14, 16:19
poetry [1] - 19:24
point [2] - 9:9, 23:18
portion [1] - 22:7
possibility [1] - 12:14
possible [2] - 12:9, 12:12
practical [1] - 16:11
practice [2] - 4:18, 12:17
precise [2] - 9:1, 14:15
preliminary [1] - 24:13
preoccupied [1] - 14:17
preserve [1] - 16:25
pretty [1] - 23:23
priest [1] - 11:5
private [1] - 13:22
prizes [1] - 22:14
problem [3] - 14:18, 17:11, 17:15
problems [3] - 6:19, 6:22, 6:23
proceedings [1] - 25:16
PROCEEDINGS [1] - 2:1
Proceedings [1] - 25:12
process [1] - 13:12
produce [1] - 21:8
production [1] - 3:7
professional [2] - 8:11, 19:18
program [3] - 8:1, 8:7, 8:11
programs [1] - 8:22
properly [1] - 9:10
provide [6] - 10:18, 15:13, 20:24, 21:4,

21:5, 21:19
provider [2] - 10:21, 14:7
providers [2] - 14:2, 14:4
psychologist [1] - 7:15
psychologists [2] - 14:25
psychotherapy [1] - 14:25
purposes [1] - 3:13
put [2] - 14:14, 23:1

**Q**

qualified [2] - 19:3, 19:6
quit [1] - 17:7
quite [1] - 23:22
quote [1] - 19:5

**R**

rate [1] - 13:18
ray [1] - 20:10
re [1] - 4:3
re-applicant [1] - 4:3
read [2] - 18:17, 19:2
readmission [4] - 6:7, 13:7, 17:3, 17:4
readmissions [1] - 18:20
readmitted [1] - 18:21
readmitting [1] - 6:9
ready [3] - 2:20, 7:7, 9:10
real [2] - 4:17, 17:11
really [6] - 2:12, 6:4, 7:13, 12:18, 15:2, 25:6
reapplied [2] - 17:4, 17:7
reapply [1] - 17:1
reasonably [1] - 13:10
recently [1] - 19:4
recollection [1] - 7:18
record [2] - 14:15, 25:16
records [18] - 10:17, 10:18, 12:2, 12:10, 12:13, 15:5, 15:21, 16:3, 20:25, 21:1, 21:2, 21:5, 21:7, 21:14, 21:15, 22:5, 22:6, 22:11
recreational [1] - 5:8

refer [1] - 19:6
referred [1] - 7:14
reflect [1] - 16:4
regard [2] - 14:1, 14:4
regular [2] - 8:21, 23:20
rehab [1] - 6:2
rehabilitation [1] - 11:7
Rehabilitation [1] - 6:2
reinstate [1] - 10:7
reinstatement [2] - 10:5, 10:6
relate [2] - 15:10, 15:21
related [1] - 12:7
release [3] - 21:5, 21:16, 24:8
relevant [1] - 15:23
remaining [2] - 10:16, 11:9
remand [1] - 8:5
remanded [1] - 7:24
remember [3] - 7:2, 14:19, 18:2
renew [1] - 22:19
REPORTER'S [1] - 25:14
representing [1] - 2:4
reproduced [1] - 22:24
request [1] - 10:7
requests [1] - 3:7
require [1] - 19:23
requirement [1] - 8:10
requirements [2] - 19:7, 19:13
response [1] - 22:2
responses [1] - 21:24
result [1] - 6:25
retake [3] - 13:5, 17:22, 17:23
retaken [1] - 18:1
retired [1] - 5:2
reverse [1] - 10:8
review [1] - 18:15
RMR [1] - 25:20
role [1] - 9:2
room [3] - 20:14, 20:17, 20:20

roughly [3] - 14:9, 14:11, 14:15
ruled [1] - 7:20

**S**

sailed [1] - 23:2
saw [1] - 11:23
scan [1] - 20:9
scheduling [2] - 23:5, 24:2
school [32] - 2:15, 4:8, 5:22, 6:5, 6:12, 6:16, 6:18, 6:19, 6:20, 7:4, 7:18, 8:22, 9:24, 10:2, 11:12, 12:2, 13:16, 15:22, 16:9, 16:20, 19:18, 19:20, 19:22, 19:23, 19:25, 21:12, 21:15, 21:25, 22:7, 22:21
schooling [1] - 15:10
schools [4] - 12:3, 13:22, 13:23, 21:24
schoolwork [1] - 6:20
second [6] - 3:20, 3:21, 3:22, 13:15, 17:12, 17:24
second-year [1] - 17:24
Security [1] - 7:10
see [4] - 2:20, 11:5, 16:3, 16:8
seeking [2] - 3:10, 3:11
seem [1] - 5:6
seldom [1] - 24:11
selected [2] - 17:5, 17:12
self [1] - 13:22
send [2] - 3:6, 25:7
senior [1] - 6:15
sensible [2] - 12:22, 20:15
session [1] - 17:7
set [3] - 14:22, 23:14, 25:1
seven [1] - 18:17
Shaikh's [1] - 10:16
sheet [1] - 18:7
shortest [1] - 9:1
showed [1] - 20:11
shrunk [1] - 23:18

Concordance

side [1] - 15:14
silly [1] - 24:14
SILVER [28] - 2:5, 2:9, 2:13, 4:9, 4:14, 4:17, 4:19, 4:23, 5:11, 5:17, 6:14, 8:13, 9:17, 9:23, 13:11, 13:19, 13:24, 14:1, 14:4, 15:6, 15:9, 15:12, 15:16, 17:19, 20:23, 21:23, 22:1, 22:12
Silver [2] - 2:5, 13:8
similarly [1] - 4:2
simple [1] - 7:11
sit [1] - 24:15
situated [1] - 4:2
six [4] - 2:24, 3:2, 3:3, 18:17
slash [1] - 8:25
small [1] - 11:24
so-called [1] - 12:20
Social [1] - 7:9
someone [1] - 5:7
somewhat [1] - 22:16
son [1] - 2:9
soon [1] - 23:23
sophisticated [1] - 19:24
sort [1] - 16:14
Spain [1] - 22:18
spiritual [1] - 10:24
stamp [1] - 22:25
stamps [2] - 22:23, 23:1
stand [1] - 8:21
standard [1] - 24:1
Standards [1] - 10:11
start [1] - 24:12
state [2] - 13:21, 19:20
States [3] - 8:21, 9:4, 9:5
statistics [1] - 13:17
stayed [2] - 9:15, 9:17
step [3] - 7:25, 9:25, 23:8
Stewart [1] - 19:2
stick [1] - 14:23
still [3] - 7:2, 7:3, 19:12
strongly [1] - 7:17
stuck [2] - 16:22, 24:8

student [1] - 17:25
students [3] - 13:18, 18:22
studied [1] - 17:7
studies [1] - 8:8
study [1] - 9:24
stuff [4] - 10:24, 15:3, 23:8, 24:9
sub [1] - 14:25
sub-psychologists [1] - 14:25
subpoena [1] - 20:25
succeed [1] - 5:10
supplemental [1] - 24:14
supply [1] - 4:12
supposed [3] - 4:10, 8:3, 24:16
survived [1] - 16:8
swear [1] - 7:12
System [1] - 2:6

**T**

technically [2] - 4:11, 17:3
ten [3] - 14:8, 18:24, 22:20
terms [1] - 10:15
TERRELL [30] - 2:2, 2:18, 2:24, 3:2, 3:6, 3:11, 3:16, 3:21, 3:25, 4:6, 5:14, 6:13, 6:21, 6:25, 9:8, 10:25, 11:8, 11:15, 11:17, 11:22, 14:11, 16:6, 16:18, 17:17, 17:20, 21:13, 21:16, 21:21, 22:4, 25:3
Terrell [1] - 2:2
terrible [1] - 11:6
test [10] - 5:23, 7:25, 8:1, 9:13, 9:15, 9:19, 9:25, 13:12, 17:16, 18:1
tests [1] - 3:23
Texas [5] - 8:12, 8:16, 8:17, 8:19, 9:3
THE [80] - 2:7, 2:11, 2:14, 2:22, 3:1, 3:3, 3:8, 3:14, 3:17, 3:22, 4:1, 4:7, 4:11, 4:15, 4:18, 4:21, 5:1, 5:16, 5:25, 6:10, 6:15, 6:22, 7:2, 8:3, 8:8,

8:12, 8:16, 8:23, 8:25, 9:12, 9:21, 10:8, 10:20, 10:23, 11:1, 11:4, 11:14, 11:16, 11:20, 11:23, 12:4, 12:10, 12:15, 12:17, 13:12, 13:15, 13:20, 13:25, 14:3, 14:9, 14:12, 15:7, 15:11, 15:15, 15:18, 15:25, 16:2, 16:8, 16:16, 16:22, 17:6, 17:9, 17:11, 17:14, 17:21, 18:8, 18:12, 19:5, 20:19, 21:1, 21:7, 21:11, 21:25, 22:2, 22:10, 22:14, 23:7, 23:11, 25:5, 25:11
themselves [1] - 21:5
theoretically [1] - 8:18
therefore [1] - 18:23
thinks [1] - 14:23
thoughtful [1] - 24:24
three [5] - 9:3, 14:13, 18:17, 24:15, 25:1
Thursdays [1] - 11:5
today [1] - 19:25
together [1] - 23:19
Tom [1] - 2:5
took [1] - 9:19
total [1] - 7:9
transcript [2] - 22:12, 25:16
translation [1] - 12:4
treated [1] - 9:10
treating [1] - 12:13
trials [1] - 24:10
tricycle [1] - 14:13
tried [1] - 23:14
trip [1] - 12:24
trophies [1] - 22:15
trouble [1] - 19:10
troubled [1] - 4:3
truck [1] - 9:7
true [4] - 4:11, 6:20, 9:6, 11:14
trustingly [1] - 22:17
try [1] - 2:9
Tuesdays [1] - 11:4
turns [1] - 7:8
two [7] - 6:18, 8:20, 10:12,

18:17, 19:21, 20:5, 23:20
type [2] - 14:7, 23:5

**U**

U.S [1] - 11:19
ultimately [1] - 15:2
ultrasound [1] - 20:8
uncovers [1] - 24:8
under [1] - 19:9
undergrad [1] - 22:5
undergraduate [3] - 6:12, 15:5, 15:21
underneath [1] - 18:6
understood [2] - 16:1, 21:21
undoubtedly [1] - 23:12
United [3] - 8:21, 9:4, 9:5
universally [1] - 19:19
universities [1] - 13:22
university [1] - 19:21
untouched [2] - 23:17, 23:21
unwaive [1] - 10:13
up [10] - 13:2, 13:9, 14:3, 18:23, 20:5, 20:11, 24:1, 24:12, 25:5
useful [1] - 21:15

**V**

verdicts [1] - 25:1
visa [1] - 23:2
voluntarily [1] - 5:21

**W**

wait [1] - 9:12
waived [2] - 10:5, 10:10
wants [1] - 24:23
water [1] - 10:1
Wells [3] - 25:15, 25:19, 25:20
whole [1] - 24:8
willing [2] - 7:7, 9:10
withdraw [2] - 16:21, 16:25
withdrawal [3] - 6:7, 16:10, 16:15

Concordance

withdrawals[1] - 18:20
withdrawn[1] - 4:3
withdrew[4] - 3:18,
    5:21, 6:18, 16:9
witnesses[1] - 24:18
woman[1] - 20:4
wondering[1] - 23:10
worse[2] - 20:20, 24:19
wrote[1] - 22:18

**X**

x-ray[1] - 20:10

**Y**

y'all[2] - 21:18, 25:5
year[11] - 3:18, 3:19,
    3:20, 3:21, 3:22, 7:8,
    9:15, 9:18, 13:15,
    17:24, 24:25
years[8] - 6:18, 10:12,
    14:8, 18:24, 18:25,
    22:20, 23:18, 23:20
young[2] - 5:1, 20:4