IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHISN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH,<br>　　*Plaintiff,* | §<br>§<br>§ | |
| v. | § | Civil Action No. 4:16-CV-00591 |
| | § | |
| TEXAS A&M UNIVERSITY<br>COLLEGE OF MEDICINE et al.,<br>　　*Defendants.* | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Defendant Texas A&M University College of Medicine's ("TAMU") Motion for Sanctions for Failure to Produce Documents Pursuant to Court Order. Having considered the TAMU's motion and Plaintiff's response, the Court finds that discovery sanctions are warranted.

It is hereby ORDERED:

(1) Danyal Shaikh shall pay the cost for TAMU to retrieve records from Shaikh's medical providers and employers located in the United States.

(2) Danyal Shaikh's damages allegedly resulting from TAMU's denial of his applications for readmission are barred and Shaikh shall take nothing from TAMU in regard to his claims for denial of readmission, unless on or before _____, 2019, Shaikh produces complete copies of the following:

- educational records from the institutions in which he enrolled during his leave of absence from TAMU and subsequent to his withdrawal from TAMU;
- applications and admissions correspondence to other medical schools subsequent to his withdrawal from TAMU;
- documents, including medical records, related to Shaikh's request for medical leave from Case Western Reserve University;
- documents related to Shaikh's dismissal from Trinity Medical Sciences University, including any documents submitted or presented at his dismissal appeal hearing.

(3) The deadline for TAMU to depose Shaikh is suspended until Shaikh has produced all documents responsive to the order and there has been reasonable time for TAMU to review them.

Signed on _____, 2019.

 

_____
UNITED STATES DISTRICT JUDGE
LYNN N. HUGHES