| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
~~Southern Di~~strict of Texas

**ENTERED**

October 04, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Danyal Shaikh, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-591 |
| | § | |
| Texas A&M University | § | |
| College of Medicine, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Management Order

By October 18, 2019, Danyal Shaikh may respond to the motion for sanctions.

Signed on October ___4___, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge