| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas

**ENTERED**
October 23, 2019
David J. Bradley, Clerk

Danyal Shaikh, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-591
§
Texas A&M University §
College of Medicine, et al., §
§
    Defendants. §

## Management Order

1. The deadline to depose Danyal Shaikh is stayed until he has given Texas A&M University College of Medicine everything the court has ordered.

2. A hearing will be set on the motion for sanctions.

Signed on October 23, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge