IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANYAL SHAIKH, § | |
|     *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 4:16-CV-00591 |
| § | |
| TEXAS A&M UNIVERSITY § | |
| COLLEGE OF MEDICINE et al., § | |
|     *Defendant.* § | |

_____

**UNOPPOSED MOTION TO CONTINUE HEARING**
_____

Defendant, Texas A&M University College of Medicine ("TAMU"), respectfully asks this Court to reset the November 15, 2019 hearing due to defense counsel's unavailability on this date. Defendant's counsel has conferred with opposing counsel and the court coordinator regarding mutually available dates for the parties and this Court, and this motion to reset the hearing to December 10, 12, or 13, 2019 is unopposed.

1.  On October 23, 2019, the Court set a hearing in this matter for 10:30 am on November 15, 2019 (dkt. 88).

2.  However, counsel for TAMU has non-refundable, out-of-state travel plans from Nov. 7 through Nov. 20, 2019, and, thus, is unavailable to attend the hearing on November 15.

3.  Counsel for TAMU conferred with the Court Coordinator and opposing counsel to determine mutually available dates to reschedule the hearing, and determined that all parties and the Court are presently available for a hearing on the following dates:

December 10, 2019
December 12, 2019
December 13, 2019

4. Plaintiff is unopposed to this request for a continuance to one of these dates.

5. This continuance will not affect any other deadlines in this case and is not sought for purposes of delay.

ACCORDINGLY, Defendant TAMU respectfully requests that the Court continue the hearing scheduled for November 15, 2019 and reset it for one of the above-listed dates or another date convenient to the Court and the parties.

        Respectfully submitted.

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        DARREN L. MCCARTY
        Deputy Attorney General for Civil Litigation

        THOMAS A. ALBRIGHT
        Chief, General Litigation Division

        /s/ Emily Ardolino
        EMILY ARDOLINO
        Attorney-in-Charge
        Southern District ID No. 2218021
        Texas Bar No. 24087112
        Assistant Attorney General
        Office of the Attorney General - 019
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711
        (512) 463-2120
        (512) 320-0667 fax

emily.ardolino@oag.texas.gov
*Attorneys for Defendant*

### CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Plaintiff Danyal Shaikh's counsel, Martin Cirkiel, regarding his opposition to this continuance and availability for dates in December 2019 by email on October 31, 2019. On November 1, 2019, Mr. Cirkiel responded that he was unopposed to this motion and available on the dates listed.

/s/ Emily Ardolino
EMILY ARDOLINO
Assistant Attorney General

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court delivered by CM/ECF and by e-mail on November 1, 2019 to:

Martin J. Cirkiel
Holly Griffith Terrell
Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
marty@cirkielaw.com
holly@cirkiellaw.com
*Plaintiff's Attorneys*

/s/ Emily Ardolino
EMILY ARDOLINO
Assistant Attorney General