IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHISN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANYAL SHAIKH, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-00591 |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| COLLEGE OF MEDICINE et al., | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is Defendant Texas A&M University College of Medicine's ("TAMU") Unopposed Motion to Continue Hearing.

Having read and considered this unopposed motion, the Court GRANTS it.

It is hereby ORDERED that the hearing currently scheduled for November 15, 2019 shall be continued to _____, 2019 at _____.


Signed on _____, 2019.


_____
UNITED STATES DISTRICT JUDGE
LYNN N. HUGHES

Order re TAMU's Motion to Continue Hearing
No. 4:16-CV-00591