**UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**ENTERED**
November 04, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Danyal Shaikh | § | |
| | § | |
| *versus* | § | Civil Action 4:16−cv−00591 |
| | § | |
| Texas AM University College of Medicine, et al. | § | |

# Order Resetting Hearing

1.  The hearing has been reset to:

    December 10, 2019
    at 10:30 AM

2.  To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

    Signed on November 4, 2019, at Houston, Texas.

    _____
    Lynn N. Hughes
    United States District Judge