IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **DANYAL SHAIKH** <br>   *Plaintiff,* | § <br> § <br> § | |
| v. | § <br> § | Civil Action No. 4:16-CV-00591 |
| **TEXAS A&M UNIVERSITY** <br> **COLLEGE OF MEDICINE and** <br> **MICHAEL YOUNG** <br>   *Defendants.* | § <br> § <br> § <br> § <br> § | |

## ORDER ON THE MOTION TO SEAL

LET IT BE KNOWN that on this _____ day of _____, 2019, this Court considered *Plaintiff's Motion to Seal.*

Upon careful review of Plaintiff's motion, IT IS ORDERED THAT Plaintiff's *Motion* is hereby GRANTED.

Plaintiff Danyal Shaikh may file his *Response* to Defendant's *Reply* on or before June 27, 2016. This Court hereby enters this order sealing the records of this matter and all documents within it, where they shall remain under seal until a protective order has been entered by the Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

                 _____
                 PRESIDING JUDGE