IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANYAL SHAIKH, § | |
|    *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 4:16-CV-00591 |
| § | |
| TEXAS A&M UNIVERSITY § | |
| COLLEGE OF MEDICINE et al., § | |
|    *Defendant.* § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Danyal Shaikh wishes to nonsuit his claims against Defendant Texas A&M University College of Medicine ("TAMU"). TAMU agrees to this dismissal. Therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action and all claims contained in this matter are dismissed WITH PREJUDICE.

The parties agree that the dismissal of this action with prejudice renders moot the relief TAMU requests in its pending motion for sanctions, and TAMU thereby withdraws this motion (dkt. 85). The parties shall each bear their own respective costs, expenses, and attorneys' fees incurred as a result of this action.

                                                                      Respectfully submitted.

| | |
|---|---|
| */s/ Martin J. Cirkiel* | */s/ Emily Ardolino* |
| MARTIN J. CIRKIEL | EMILY ARDOLINO |
| State Bar No. 00783829 | Texas Bar No. 24087112 |
| SDTX No. 21488 | SDTX No. 2218021 |
| HOLLY GRIFFITH TERRELL | Assistant Attorney General |
| State Bar No. 24050691 | |
| SDTX No. 1034278 | |

| | |
|---|---|
| CIRKIEL & ASSOCIATES, P.C.<br>1901 E. Palm Valley Blvd.<br>Round Rock, Texas 78664<br>(512) 244-6658 – Telephone<br>(512) 244-6014 – Fax<br>marty@cirkielaw.com<br>holly@cirkielaw.com<br><br>*Attorneys for Plaintiff* | OFFICE OF THE ATTORNEY GENERAL – 019<br>General Litigation Division<br>P. O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>(512) 463-4058 – Telephone<br>(512) 320-0667 – Fax<br>emily.ardolino@oag.texas.gov<br><br>*Attorney for Defendant* |