UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Danyal Shaikh, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-591 |
| | § | |
| Texas A&M University | § | |
| College of Medicine, et al., | § | |
| | § | |
| Defendants. | § | |

## Order on Seal

Danyal Shaikh has prosecuted this case for almost four years. His motion to seal the record is denied. (91)

Signed on December 6, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge