| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2019
David J. Bradley, Clerk

Danyal Shaikh, §
§
§
Plaintiff, §
§
versus § Civil Action H-16-591
§
§
Texas A&M University §
College of Medicine, et al., §
§
§
Defendants. §

## Final Dismissal

1. On the agreement of the parties, this case is dismissed with prejudice. (92)

2. The motion for sanctions is withdrawn. (85)

Signed on December ___6___, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge